Expert Report of Michael D. Edge

March 18, 2019

**Introduction**

1. My name is Michael D. Edge. I am a Director in Aon's Intellectual Property Solutions group, located at 53 State Street, Suite 2201, Boston, MA 02109, which consists of technical experts that provides investigative, intelligence, and risk management services. Among other things, we perform work in the areas of cost evaluations, digital forensics, technology, intellectual property, and source code analysis. Certain members will provide expert witness testimony on the same.

2. I have been retained to provide consulting expert services and testimony on behalf of the Plaintiffs, InfoDeli, LLC ("InfoDeli")[1] and Mr. Breht Burri in the matter of INFODELI, LLC, et al. v. WESTERN ROBIDOUX, INC., et al. Case No. 4:15-cv-00364-BCW. The corporate Defendants in this litigation are:

   - Western Robidoux, Inc. ("WRI")
   - Ceva Animal Health, LLC ("CEVA")
   - Boehringer Ingelheim Vetmedica, Inc. ("BIVI")
   - Engage Mobile Solutions, LLC ("EMS")

**Dispute / Scope of Report**

3. I understand that there is disagreement regarding claims of ownership and/or rights to certain data that was located on the InfoDeli Software Platforms (defined later in this

---

[1] I understand that in late 2013, InfoDeli acquired all of the assets of TooBaRoo, LLC and that TooBaRoo, LLC was the precursor to InfoDeli, LLC. For simplicity's sake, I will refer to either of these entities as "InfoDeli" unless the context requires otherwise.

1

report). I have been asked to assume for purposes of this report that Plaintiffs owned the rights to those materials, including the right to certain information in the databases and on the servers that power the InfoDeli Software Platforms ("IDSP Materials").

4. I am rendering my opinions as to the amount of time associated with developing a competing product had Defendants, and in particular EMS, not been able to use the IDSP Materials. I have been instructed by counsel to assume that at all times, Defendant EMS lacked any rights of ownership, license or access to the IDSP Materials in the InfoDeli Software Platforms.

**Background**

5. I have over two decades of experience cost-estimating, participating in and overseeing software development and analyzing software at various technology companies. My work experience includes the job functions of lead programmer, project manager, technical sales lead, and primary client contact on more than 20 software development and analysis projects. These have ranged from small contract work of a few thousand dollars to commercially released consumer projects and consulting projects costing several million dollars. For example, I recently oversaw an analysis project that utilized over 16 (full and part-time) consultants over a period of over 4 years with an effort of over 40,000 consultant hours.

6. As a Director in Aon's Intellectual Property Solutions group, I provide consulting and testifying services on technology-related matters. Previously, I was a manager at

2

Stroz Friedberg, where I provided similar services. Stroz Friedberg was acquired by Aon in 2016.

7. Before my employment with Stroz Friedberg (now Aon), I was a Computer Scientist at Elysium Digital, a technical litigation consulting company located in Boston, Massachusetts that provided computer science and electrical engineering expertise in legal disputes involving intellectual property, computer forensics, and other technology-related subject matters. Elysium Digital was acquired by Stroz Friedberg in 2015.

8. In 2015-2016, I managed a successful "Clean Room" (defined below) project. We used a clean room process in a legal dispute over proprietary file formats. We proved that it was possible to read and parse the file formats without any access to the plaintiff's IP. Case was settled soon thereafter.

9. Since joining Elysium Digital in 2011, I have consulted on more than 35 technical matters, many of which involved software source code and data analysis and comparison. I have testified and submitted declarations in federal court and have testified as an expert witness at an arbitration on behalf of a Fortune 100 company. My CV is attached hereto as Exhibit A.

10. Before joining Elysium Digital, I was Vice President of Production at Synthespia, Inc. Earlier, I was Vice President of Production at Ledge Multimedia, Inc., which was later acquired by Dataware Technologies, Inc., where I worked as Vice President of

Production in the Multimedia Division.  During this time frame, I was responsible for multiple development projects, which involved developing:

a. High-level, rough estimates early on in the software development process; and

b. Detailed software development plans with a fixed cost (the work product of a detailed design phase)

11. During the above time frame, one project of note was *The Complete National Geographic*, a consumer CD-ROM anthology that contained digital versions of every issue of National Geographic Magazine since 1888.  My team was responsible for design, software implementation, and content development and integration.  Specifically, we oversaw scanning of tens of thousands of pages, integrating them into a database, and providing search and browsing functionality.  I will refer to this project later in my report when discussing the need for strong quality control with large content projects.

12. Before overseeing software production at Ledge Multimedia, Inc., I worked in both the software industry and in academia. I worked as a Software Programmer at Spinnaker Software Corporation and before that I was a Software Programmer at Siemens Research and Technology Laboratories. Prior to that, I was a Research Assistant at Princeton University in the Mechanical and Aerospace Engineering Department and at the University of South Carolina in the Physics Department.  In both of these research positions, my focus was primarily software related.

4

13. During this time frame, one project of note was the porting of the DOSE (Display Oriented Structure Editor) application. This involved reimplementing a 50,000 line program from one platform and language into another. I will refer to this project when discussing the benefits of having access to a working system when reimplementing a software solution.

14. I graduated with a B.S.E. in Electrical Engineering and Computer Science with honors from Princeton University in 1987.

15. My compensation and the compensation of Aon is not dependent on the outcome of this matter. I have not had any prior engagements with the Plaintiffs or the Defendants. My time is billed on an hourly basis and my rate is $500 per hour. Other consultants in Aon's Intellectual Property Solutions group working at my direction on this matter have hourly billing rates on this matter less than or equal to mine.

**Materials Considered**

16. In reaching my opinions expressed in this report I considered all documents and information discussed in this report. I have also relied upon my experience and training. I have also directly or indirectly reviewed various documents produced during discovery, filed, or submitted in the litigation at issue, including the following:

- Documents produced by InfoDeli, LLC ("InfoDeli")

- Documents produced by EMS

- Documents produced by WRI

5

- Documents produced by CEBA

- Documents produced by BIVI

- Documents produced by Element, LLC, fka 10-Power

- Documents produced by Nathan Haley

- Documents produced by Elizabeth Corbin

- Documents produced by Antonio Love

- Deposition transcripts

- Case filings

**Terminology and Abbreviations**

17. **InfoDeli Literature Store (the "Lit Store"):**

A customized website application developed by InfoDeli which allows a company to (among many other things):

- Input, upload and store electronic marketing materials, audio files, video files and image files for various products sold by the licensee

- Enter users of the Store, usually sales representatives or distributors of a licensee's products

- Enter recipients, vendors, etc.

- Create a User Order (a collection of materials to be sent out to one or more recipients and a list of the same to receive the materials)

6

- Deliver the User Order and (if needed) the specified electronic materials to a Print and Fulfillment Service provider.
- Create customized reports of past usage, inventory status, rates of usage, or other reports generated from the data within the Lit Store.

18. **VectraRebate.com:**

A customized website application developed by InfoDeli which allows a company to (among many other things):

- Present an "online" interface for customers of veterinary clinics (pet owners) to submit Rebate Coupons
- Provide backend functionality to enable the fulfillment provider to provide Printing and Fulfillment Services (defined below)
- Rebate coupons should be unique and difficult to guess to prevent fraud
- Rebate coupons should be linked to clinics and the sales representatives that service those clinics to see which clinics and representatives are pushing the program
- After receipt of the coupons online, the system should segregate the coupons by product and then send a file to the fulfillment company to send out the redemptions to the pet owner.

19. **Curated Content:**

7

Content files that have been collected, re-named and/or modified to interact with a software solution. For example, content may be curated by resizing and renaming image files to include a product ID so that they can be correctly identified, accessed, and displayed by a program or database. Curated Content has gone through a Quality Control ("QC") process to validate its correctness for use in a website such as the Lit Stores or at Vectrarebate.com.

20. **InfoDeli Software Platforms ("IDSP")** :

A technology solution developed by InfoDeli which:

- Creates and hosts the above described InfoDeli Lit Stores

- Creates and hosts the above described VectraRebate.com

- Creates and deploys support applications hosted at and used by the fulfillment partner(s), e.g. FileMaker Modules to support databases, create storage, usage, shipping and billing reports (the billing reports are based upon the amounts of materials stored and the amounts of materials shipped).

- The IDSP also tracks the fulfillment of orders (*i.e.*, did John receive his marketing materials?).

consisting of:

- Programs (algorithms and database structures) as embodied in

  o Software Source Code

  o Database Modules

  o Database Design and Implementation

8

- Content within the Database Structure and on the Server File System

  - Text

  - Images

  - Video and Sound Recordings

  - Downloadable Documents (PDFs)

  - Database Content (Data)

- Hosting Services

  - Running and maintaining/servicing hardware or outsourcing to a provider

  - Running and maintaining/QCing the program (software and databases)

  - Adding and QCing content on the platform; disabling old content from users' view

  - Adding and deleting users, providing user access (typically via the Internet) and support

  - Creating new features or functionalities, both those requested by the customer and those independently created by Plaintiffs on their own initiative

  - Processing Orders for VectraRebate, coupon generation with unique coupon codes

9

21. **Printing and Fulfillment Services:**

Services Provided by WRI that are not part of the Lit Store, include:

- Printing of brochures, etc.

- Receiving, inspecting and storing printed brochures, samples, promotional items, etc.

- Reviewing online orders from the Lit Store, or manually entering orders placed by email, by facsimile or by phone into the Lit Store for reporting functions, and fulfilling the same (collection, shipping and delivery of the above items).

**Top Level History / Overview**

22. I have been advised by counsel on the following context described in this section that surrounds the litigation at issue.

23. In 2002, Breht Burri created the first iteration of the InfoDeli Software Platforms, which at the time contained a single software program called the Lit Store. The Lit Store began operating for the Cattle Division of BIVI in early 2003. The Lit Store allowed sales representatives from BIVI's Cattle Division to place orders for fulfillment materials and then allowed a third-party company known as D&O to access and download the orders online.  At this time, D&O had been providing fulfillment services to the Cattle Division. Over the next few years, the Lit Store expanded to take similar orders for other BIVI divisions such as the Pet Division and the Equine Division.

10

24. In 2004, Breht modified his Lit Store for BIVI to send orders to both D&O and his family's business, WRI. At some point thereafter, D&O declined to continue to fulfill orders from the Lit Store because it was unable to handle the increased volume of fulfillment orders created by the Lit Store. With Breht Burri's assistance (since all of the orders were routed through the Lit Store that was part of the InfoDeli Software Platforms), WRI became the sole fulfillment provider for BIVI.

25. In 2011, WRI and Plaintiffs, acting together, provided a new Lit Store for CEVA. The CEVA Lit Store was developed by Breht Burri as part of the InfoDeli Software Platforms and it became active in December of 2011. Any fulfillment orders submitted to it online were accessed electronically by WRI through the "back-end" for fulfillment.

26. In October of 2012, Shane Fairchild, a manager at CEVA, asked WRI and Breht Burri to create an online, automated program for CEVA's "Free Dose" or "Vectra Rebate" program for CEVA's Vectra product. At Mr. Fairchild's request, in October of 2012, Plaintiffs began creating the Vectra Rebate coupon program website. The coupon program involved creating millions of unique redemption codes, printing and then distributing to veterinary clinics approximately 2.3 million coupons that each had a unique redemption code. When a pet owner bought six doses of Vectra, s/he would receive a coupon for three free doses. If the pet owner only bought three doses of Vectra, then s/he would receive a coupon for one free dose. The coupon could be redeemed online at www.vectrarebate.com or by mailing the coupon to WRI. Breht

11

Burri integrated the Vectra Rebate with the InfoDeli Software Platforms, and it launched on or around January 11, 2013. The Vectra Rebate portion of the InfoDeli Software Platforms handled the organization of printing customized coupons with each participating clinic's name on it, tracking distribution of the coupons to the clinics, and then processing any redeemed coupons.

27. CEVA estimated that the Vectra Rebate program would involve the redemption of anywhere from 100,000 to 200,000 coupons in 2013. In fact, the 200,000 coupon milestone was reached in September of 2013 and tens of thousands more were redeemed in the rest of 2013.

28. The development of the InfoDeli Software Platforms as it existed in March of 2014 took many thousands of hours of developer time by Plaintiff Breht Burri and programmers he hired. The development of the InfoDeli Software Platforms occurred from 2002 to 2014. Starting in October of 2009, InfoDeli and WRI entered into a relationship (the exact nature of which is disputed) regarding the Lit Store for BIVI and for any other customers that they could provide InfoDeli Software Platforms services. Plaintiffs improved the InfoDeli Software Platforms from 2009 to 2014, by making such changes as creating an iPad friendly website; changing the visibility of certain items depending upon who was accessing the Lit Stores; and providing detailed reporting of past usage, inventory status, rates of usage, and other metrics. During this time, there was continued design, development, and quality control activity to support and enhance the InfoDeli Software Platforms.

12

29. In late February, 2014, the Burri Defendants and WRI planned for EMS to replace the functionality of and replicate the user experience of the Lit Stores and the Vectra Rebate software provided by Plaintiffs via the InfoDeli Software Platforms. I am advised by counsel that the Burri Defendants did not disclose to Breht Burri or InfoDeli their plan to hire EMS once it had begun and in fact acted surreptitiously to impede Breht Burri from possibly suddenly stopping his services, locking down the InfoDeli Software Platforms to prevent WRI from accessing them or from otherwise taking action to prevent them from replacing his software.

30. On March 4, 2014, Brian Burri, Cindy Burri and Peter Burri met at EMS with Defendants Clawson, Barksdale, Haley and Corbin, and demonstrated the InfoDeli Lit Stores for BIVI and CEVA and the InfoDeli VectraRebate.com website and software to them for purposes of creating software with the same functionality.

31. On March 5, 2014, Cindy Burri of WRI sent Nathan Haley her credentials to the BIVI and CEVA Lit Stores. Cindy Burri instructed EMS to use the site "whenever you want" and to place test orders. Nathan Haley of EMS responded: "We will use the lit store logins for fact finding on the expert capabilities, and it would also be helpful to gather all [current and historical] .txt/.csv data files related to the rebate redemption site (there were screenshots of some of the files). I am sharing an Engage Mobile Google Drive folder into which you can upload the files (invitation e-mail to follow). This will help us establish the business logic within a workflow/workaround to replace the current redemptions site." (See WRI 32459 – 460).

13

32. On March 6, 2014, Liz Corbin, a contractor hired by EMS, wrote Nathan Haley: "Please forward [the passwords and user ID in the email from Cindy] if you guys are comfortable with me accessing their store. I do feel we need to run a test order on both stores to see the entire process." (ENGAGE 22810). Liz Corbin's time entry from EMS' records for that day states "Test order and e-commerce investigation with client log in and pw." (ENGAGE-226880). Mr. Haley then forwarded Cindy Burri's login credentials to Defendant Liz Corbin, who then logged in and accessed the entire processes for BIVI, CEVA and VectraRebte.com (including sending a live test code through the redemption website).

33. On March 11, 2014, after seeing (among other things) surreptitious activity on his websites, Plaintiffs implemented a Terms of Use Agreement and a Privacy Policy on the CEVA and BIVI InfoDeli Software Platforms. I have been instructed by counsel to assume that on and/or after March 11, 2014, numerous employees of WRI, BIVI and CEVA agreed (some users repeatedly) to the Terms of Use and privacy policy, and thus agreed not to access InfoDeli's websites, materials and data for purposes of reverse engineering, copying or otherwise replicating the features and functionalities of Plaintiffs' software platforms.[2]

34. On March 12, 2014, after accepting the Terms of Use at least five times, WRI decided that it could not continue to accept the Terms of Use and simultaneously continue

---

[2] See, *e.g.*, paragraphs 50 – 61 of the Expert Report of Jason H. Eaddy dated September 30, 2016.

14

upon its course of action with EMS to replace the InfoDeli Software Platforms without being liable to Plaintiffs for breach of the Terms of Use.

35. The next day, March 12, 2014, EMS and WRI entered into a Master Services Agreement[3] to develop, among other things, the replacement Vectra Rebate website on a time and materials basis. The MSA includes the following statements:

> p. 19: "Design - Nearly identical on the public, consumer-facing side"
>
> p. 26: "All [product] images will need to be provided", "Possible data export from existing system"
>
> p. 31: WRI's "next steps" included (1) collecting data files related to Vectra Rebate, (2) upload related data files to Engage Mobile's Google Drive, and (3) acquire new website domains

WRI did exactly that – it collected the data files (and many others), and then uploaded those files to the EMS Google drive, those materials were used by EMS to develop replacement software for the Vectra Rebate website and the Lit Stores. This is discussed in the following section as IDSP Materials.

**The IDSP Materials and Services that EMS Accessed**

36. EMS had access to at least the following materials from the InfoDeli Software Platforms, which for the purposes of this report I will assume they should not have had access to when creating the software that replaced the InfoDeli Software Platforms.

---

[3] See, *e.g.*, Doc. #284-6.

15

Website Design:

- Access to the user experience of the then-current Vectra Rebate website, including the ability to move beyond the "redeem coupon" page with active coupons that contained "ghost codes"[4]

- Access to the user experience of the then-current Lit Store websites using login credentials provided from WRI, including placing test orders and viewing the resulting confirmation emails[5]

Website Source Code:

- VectraRebate.com.zip, the scraped contents of the Vectra Rebate website.[6]

Data:

- Breht Burri's overall database design and schema as accessed through, *e.g.*, FileMaker Pro software, which also included access to data used in the Lit Stores and Vectra Rebate website.[7] This also relates to database schema and design.

- Coupon codes and associated information for the Vectra Rebate program that were created by Breht Burri[8]

---

[4] See, *e.g.*, paragraphs 62 – 64 and paragraph 74 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016, ENGAGE00002472-73, and Transcript of Elizabeth Corbin's deposition on December 19, 2016, 73:12 – 74:1.

[5] See, *e.g.*, paragraphs 41, and 65 – 73 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016, ENGAGE00002472-73, ENGAGE00119734-35, ENGAGE00022792-94, and CORBIN0000833.

[6] See, *e.g.*, paragraphs 38 – 43 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016.

[7] See, *e.g.*, paragraphs 51 – 61 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016.

[8] See, *e.g.*, paragraphs 44 – 45 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016.

16

- Files sent by Breht Burri to 10-Power for an alleged mailing campaign including at least the database table entitled marketing_data.[9] This also relates to database schema and design.

- The flash drive provided by Breht to Shane Fairchild that contained data from the InfoDeli Platform related to CEVA and now is allegedly lost.[10] This also relates to database schema and design.

Curated Content and other data:

- Images and other information that were downloaded from InfoDeli, at least some portion of which was later stored on EMS's Google Drive[11]


**EMS Developed Their Replacements to the VectraRebate and Lit Store Sites by Using the InfoDeli Software Platforms as a Blueprint**

37. I see no evidence that EMS proposed (or developed) a detailed specification and/or a design phase when it submitted its contract to WRI for replacing the InfoDeli Software Platforms and the VectraRebate.com website. EMS' contract included a clause for payment based upon time and materials.

---

[9] See, *e.g.*, paragraphs 46 – 50 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016.

[10] See, e.g., 70:8 – 14 of the Deposition Transcript of Breht Burri dated January 9, 2017.

[11] See, *e.g.*, paragraphs 99 – 100 of the Expert Report of Jason H. Eaddy dated September 30, 2016, paragraph 74 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016, and the Deposition Transcript of Jill Williams dated September 26, 2016 pages 51 - 57.

Case 4:15-cv-00364-BCW    Document 695-2    Filed 05/31/19    Page 17 of 185

38. Notably, the Master Services Agreement between EMS and WRI states that:

**2. Creative Assets**
Unless explicitly included in Scope of Work associated with this proposal, Client will provide all creative assets needed for the project. Creative Assets include; logos, icons, taglines, fonts, color palettes, HTML files, and other creative files necessary to complete the development of the Application. If not included in this Scope of Work, development of creative assets by Engage Mobile would require a separate agreement.

To my knowledge, there was no separate agreement for creating new creative assets.

39. Thus, EMS was charged with developing a system with similar functionality to the InfoDeli Software Platforms that used all creative assets to be supplied by WRI. Also, WRI agreed to give EMS all of the assets necessary to populate the new Marketing Stores created by EMS. WRI did not have all of these assets in a form that could be readily used, so it took them from the InfoDeli servers or recreated them from InfoDeli output (as described above). Such assets as incorporated into the InfoDeli Software Platforms and in use for years had necessarily been subjected to substantial quality control by virtue of those years of use.

40. The actions below provide numerous examples of EMS and/or WRI accessing the InfoDeli Software Platforms' websites, materials and/or output files:

- Presentation/Demonstration of the BIVI and CEVA Lit Stores, and VectraRebate site on February 26, 2014 and March 4, 2014

- Accessing of the Lit Store on March 6, 2014 by Liz Corbin for tracking the webpages for placing an order in the Lit Stores

- Accessing Vectrarebate.com webpages (which are not otherwise accessible to the public without a valid redemption code) in order to see the process of

18

redeeming a coupon in VectraRebate.com or reordering coupons by veterinarian clinics

- Scraping the assets of Plaintiffs' VectraRebate.com website and putting the assets in a file entitled "vectrarebate.com.zip" by an EMS contractor Rich Bachman. This file contained materials from the InfoDeli implementation of the VectraRebate.com site, uploaded by Bachman for EMS on March 12, 2014.

- Downloading thousands of files from Plaintiffs' server on March 12-14, 2014 using the "Fetch" program and then uploading those files to the Google Drive

- Obtaining the credentials to Plaintiffs' software modules at WRI

41. By structuring their effort in this manner, EMS used the InfoDeli Software Platforms as a blueprint to develop the new websites, allowing it to replicate the InfoDeli Software Platforms' functionality and business logic, as opposed to designing and developing its own original, independent solutions.

42. This allowed EMS to begin implementation without fully understanding the details of the solutions and services Plaintiffs previously provided. Specifically, it allowed them to begin writing software without fully understanding either the technical context or the business-logic context of the problems that the software would be used to solve.

19

43. Additionally (as described above), EMS and its contractors obtained copies of Plaintiffs' database data and Curated Content from the InfoDeli Software Platforms as opposed to independently collecting source materials from BIVI and CEVA, and then building their own databases for WRI.

44. It is almost always much faster to copy a correctly functioning solution instead of recreating a new solution from scratch. Copying an existing solution would have been a very reasonable and cost-effective course in this case if Defendants had the right to do so, and I am asked to assume that Defendants did not have the rights to do so when they proceeded in this manner.

45. By developing their solutions by accessing the IDSP Materials, EMS' solution is tainted with InfoDeli's Intellectual Property.

**EMS Should Have Developed any new WRI Websites to Replace the InfoDeli VectraRebate and Lit Store Websites via a Clean Room Solution**

46. Given my understanding and assumption that the Defendants did not have rights to the InfoDeli Software Platforms and were prohibited from reverse engineering, copying or recreating the functionality of the Platforms, nevertheless, the Defendants could have always proceeded via a "Clean Room" design procedure to avoid the potential liability incurred by accessing the IDSP Materials from the InfoDeli Software Platforms and server. A Clean Room separates the Specification and

Implementation phases of the software project so that the new software solution is free of any intellectual property from the previous system.

47. This has been the standard way to avoid tainting replacement software solutions for over 30 years, ever since Phoenix Technologies used this methodology to create an IBM-PC compatible BIOS which withstood all legal challenges[12].

48. A Clean Room procedure involves having a Specification Team (typically the end-client and one or more software architects) develop a Functional Specification that describes the desired outcomes that the new system should achieve, without revealing any of the implementation details (and intellectual property) of the old system.

49. By way of example, the Defendants could have specified the ability to display sample images of a product while browsing but not specify how the images are associated with the product as it was done in Plaintiffs' InfoDeli Software Platforms. Defendants could also have specified that sales reps have access to only certain products and that there needed to be a mechanism to change and update that access, but Defendants could have done so without using the schema from Plaintiffs' InfoDeli Software Platforms to implement the access levels in their new "Marketing Stores".[13]

50. The Functional Specification should ideally be reviewed by an independent third party (typically an IP attorney with no relation to either party) to ensure that there are

---

[12] https://www.computerworld.com/article/2585652/reverse-engineering.html
[13] See, *e.g.*, paragraphs 115 – 122 of the Expert Report of Jason H. Eaddy dated September 30, 2016.

21

no references to or descriptions of any specific prior implementations, which might contain the intellectual property from the platform being replicated.

51. The Functional Specification is then reviewed by an Implementation Team, where no member of that team has had any prior exposure to the original system. The Implementation Team typically then creates a Detailed Design Document as its blueprint for implementation. One could conceivably skip the Detailed Design Document phase and perform the implementation using a different methodology, such as "Agile Development" as touted by EMS, but it is key to reiterate that in this scenario, no member of the team giving feedback on the development should have had exposure to the previous system.

52. To assure independent development, in our case, the Implementation Team cannot have access to or copies of the Curated Content (defined above) from the prior InfoDeli solutions, as this content inherently contains details of those prior solutions. For example, the names of product image files includes information on InfoDeli's naming conventions, *i.e.*, how products are stored and referenced in the InfoDeli Software Platforms. Information about the naming conventions necessarily reveals details of the design and implementation of the prior software solution. The Implementation Team should therefore collect, process, input, and QC the content for the new site from materials that did not come from the previous software solution.

22

53. For a software project with a large amount of content (such as the BIVI and CEVA Lit Store solutions), this can potentially be a substantial portion of the effort of developing the site, especially for the QC effort.

54. For one example, in *The Complete National Geographic* project, my team scanned and integrated tens of thousands of image files of every page of every issue of National Geographic Magazine. Even though this was a careful and highly automated process in terms of naming, etc., there was still the need for a quality control testing of every image and every link within the application. The QC effort alone was a substantial (and vital) portion of the project. Another example is the computer game *Laser Lords,* which was one of the first CD-ROM games to include several hours of audio and video, as well as thousands of text screens and still images. After each round of changes to content, it was necessary to test all content instances and links. Rigorous QC is vital to any large content project, such as the InfoDeli Literature Stores.

55. By copying the Curated Content from the InfoDeli Lit Stores, EMS gained the benefit of not only having the content named and modified to interact with the system, they gained the benefit of the Quality Control that comes from years of real world use.

**Industry Standards Regarding Software Estimation and Effort**

**Lines of Code per Day**

56. A standard methodology for estimating the amount of time involved to create software is Lines of Code ("LOC").  Typically, the output of programmers is often tracked by LOC per programmer per day.  This does not necessarily reflect *efficiency* (a good programmer might write a smaller program that meets the required goals), but it is a common metric of *effort*.

57. Here is sampling of estimates regarding LOC/day for a typical programmer:

   a. 10 lines per day:  *Mythical Man-Month: Essays on Software Engineering*, Frederick Brooks, Copyright 1995 by Addison-Wesley Longman, Inc.

   b. 20 to 40 lines per day (java script, 12.55 hours per function point): *Software Industry Performance (SIP) Report*[14], International Software Benchmarking Standards Group

   c. 4.4 to 87.7 lines per day (1,000 to 20,000 LOC/year for a 100,000 line code base): *Software Estimation: Demystifying the Black Art*, Steve McConnel, Copyright 2006 by Microsoft.

   d. 17.1 to 39.5 lines per day (325 to 750 LOC/month): *The Economics of Software Quality*, Jones, Capers and Bonsignour, Olivier, Copyright 2012 Pearson Education, Inc.

58. While I have met many programmers who claim to write hundreds of lines of code per day, when the code for a large project has been written, tested, and thoroughly debugged, the resulting final average is consistent with the above. In rendering my

---

[14] https://www.isbsg.org/product/sip-report/

24

expert opinions in this matter, I have adopted a conservative value of 25 LOC/day (as opposed to 10 LOC/day) in my estimations for this report.

59. Please note:

   a. This metric refers to lines of code written by humans, as opposed to lines of code generated by a computer programming tool. I have attempted to exclude from my analysis source code that is likely to be machine generated or from a library of standard code that can be incorporated into another program.

   b. This metric is regarding new, independently developed and written code. If one is porting an existing program, or using it as a blueprint, the LOC/programmer/day becomes dramatically higher.

   c. This metric assumes an optimal team size and a reasonable development time frame. If there is the attempt to compress the development time frame by adding additional programmers, the overall productivity declines.

60. One example regarding point (b) above is the port of the Dose system mentioned in my background. I was responsible for reimplementing a 50,000 line program onto a new computer platform running under a different operating system that would be written in a different computer language. This was accomplished in about one calendar year: in phase I, I worked as the sole programmer for 9 months, and in phase II, I worked with two other programmers for 3 months. This was made possible by automatically (i.e., programmatically) translating much of the preexisting code from the 50,000 line program and then fixing/editing the translation by hand while running

25

and examining the original application. We rewrote 50,000 lines of code in 18 consultant-months, which leads to an average of 138 lines of code written per programmer per day.

61. We never would have been able to produce so much code per day if we had not accessed and used the existing 50,000 line program. I have never averaged anything remotely close to this level of productivity when developing a new application without the benefit of access to an existing application that correctly performs the required functions.

62. An average LOC/programmer/day similar to the above example of my reimplementation of the Dose system is an indicator that the software is not being developed independently.

**Software Estimates Are Typically Given as Ranges**

63. Initial estimates for software projects are typically given as a range and are based upon the known facts at that time with the acknowledgement that much about the correct solution(s) is unknown.

64. For example, EMS' original estimate for the cost of replicating the Infodeli Software Platforms and Vectrarebate.com was $50,000 to $100,000.[15]  However, the contract was for time and materials, so regardless of the estimate, EMS would be paid at $125/hour for its time. Notably, EMS was doing a blended rate so they would charge

---

[15] See, *e.g.*, Doc. #284-6 at page 5.

the same amount regardless of the experience level of the consultant. The final amount billed over the next 18 months of the project was over $790,000[16].

65. Such estimates of costs often change over the life of the project based upon details that are not necessarily evident or fully appreciated at the beginning of the project.; some non-limiting examples of such details include:

    a.  How well understood and specified the final project is

    b.  The availability and quality of the content to be incorporated into the software solution

    c.  The quantity and severity of bugs and special cases created or uncovered during the development process

    d.  The availability of qualified manpower

    e.  The availability of client personnel to assist with clarifying and confirming achievement of project milestones, as well as assisting in gathering and providing data to input into the software

66. For this report, I render reasonably conservative (i.e., lower amounts of programmer time) values for the amount of effort needed for EMS to replicate the functionality of InfoDeli Software Platforms using a Clean Room approach.

---

[16] Conversation with Dan Levy -- Originally EMS billed $850,000, but had to write down $60,000 for QC issues

27

**The Size of the InfoDeli Code Base Compared to the Size of the Completed EMS Code Bases**

67. For this report, I have access to information that may not have been available to the EMS employees and contractors, specifically information on the size and more importantly the makeup of some of the code from the InfoDeli solutions. While it might be reasonable for the team to be given some general targets in terms of size, platform, etc. they should not be told any specifics such as number of functions, number of database tables, etc. because those are details that the Design Team should independently develop themselves as they work through providing an independent solution to specification they are provided. Most importantly, they should not examine the code itself, which gives the greatest insight into the complexity of the solution.

68. First, a design team studies the Functional Specification to create a realistic estimate of how long the completed Design Phase would require. This is not saying that they create an estimate for the entire project, but only the first piece of it. By breaking the task into manageable "chunks", the team will come up with a more realistic time estimate.

**Methodology for Determining the Sizes of the InfoDeli and EMS Code Bases**

28

69. As mentioned above, one metric for measuring programming effort is Lines of Code. Here I will describe my methodology for determining the sizes of the InfoDeli and EMS code bases in terms of Lines of Code.

70. The files in the software production for the InfoDeli Software Platform and the EMS reimplementation of the InfoDeli Software Platform each contain millions of lines of text, illustrated in the table below.[17]

|  | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 235,163 | 33,768 | 7,670,032 |
| EMS | 2,113,035 | 2,126,654 | 1,643,116 |

71. However, many of these lines of text do not contain actual source code. Other lines of text in the above summations contain source code that is not active, such as comments or blank lines. Refining my analysis to include only lines of text that are recognized as containing active source code by standard tools,[18] yields the table below of lines of code for each project.[19]

|  | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 157,948 | 22,381 | 378,870 |
| EMS | 1,811,648 | 1,822,603 | 1,017,257 |

[17]BIVI (InfoDeli): InfoDeli_Code_00010
CEVA (InfoDeli): InfoDeli_Code_00012
Vectra (InfoDeli): 2017-02-17 5th Production, file vectrapromo_public_html5.tar.gz
BIVI (EMS): EMS_002, file bivi-source.zip
CEVA (EMS): EMS_002, file ceva-source.zip
Vectra (EMS): EMS_002, file vectra-source.zip

[18] CLOC 1.8.0, available at https://github.com/AlDanial/cloc/tree/v1.80.
[19] Note that the dramatic reduction in the lines of text for the InfoDeli implementation of the Vectra Rebate web site is due to the exclusion of a log file comprising more than seven millions lines of text.

72. For software projects of this size, there is usually some degree of duplication in the software. Further refining my analysis to remove duplicate files yields the below table of lines of code for each project.

| | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 97,390 | 22,334 | 373,311 |
| EMS | 1,804,261 | 1,812,702 | 991,883 |

73. With the exception of the InfoDeli Lit Stores, these software projects utilized standard software frameworks to provide certain functionality. Since these software frameworks represent prefabricated source code and do not reflect source code written by programmers over the course of the project, I excluded unmodified lines of source code from these software frameworks by running a "diff" analysis with standard tools to take into account only each software project's differences from the software frameworks utilized by that software project. Refining my analysis in this way yields the below table of lines of code for each project[20].

| | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 97,390 | 22,334 | 179,551 |
| EMS | 129,279 | 138,181 | 718,809 |

74. At this point of my analysis, the lines of code I am considering contain a mix of programming languages, such as JavaScript, PHP, and Lasso, and web-specific

---

[20] Magento 1.8.0 for Engage Mobile's implementation of the Ceva and Bivi stores, WordPress 4.1 for their implementation of Vectra Rebate, and WordPress 3.5.1 for InfoDeli's implementation of Vectra Rebate.

30

languages, such as HTML and CSS. Programming languages and web-specific languages are both essential in the implementation of web-based projects, but they have distinct purposes. Programming languages are used to implement the logic of websites, or "how they work", while web-specific languages are used to implement their design, or "how they look".

75. The difference between these two types of languages encompasses more than just their purpose. Web-specific languages tend to be verbose, and many web development tools can generate a large amount of ready-to-use web-specific source code based on predetermined templates. This means that the amount of lines of web-specific code created tends to be very high, compared to the effort required from a developer who is writing code for a programming language.

76. Established methods and tools for software estimation, such as the ones I reference while describing LOC earlier in this report, have been developed and calibrated on traditional software projects written in programming languages, not web-specific languages. These methods and tools are not readily applicable to web-specific languages such as HTML or CSS.

77. Given the above, in order to take a conservative approach, I refined my analysis to focus exclusively on code implemented in the programming languages PHP, JavaScript, and Lasso, filtering out all the web-specific code present in these software projects. This refinement excludes hundreds of thousands of lines of code from consideration, discounting from my analysis the development time required to create

31

them. While developing web-specific code takes less time than developing code for programming languages, it still takes time, and the resulting discount in my analysis is therefore substantial.

78. In addition, much of the back-end business logic functionality of VectraRebate.com was implemented in FileMaker Pro, which also is not necessarily appropriate for LOC analysis. I have excluded this code from my analysis as well.

79. Refining my analysis in this way yields the table below of lines of code for each project:

|  | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 28,283 | 22,329 | 146,142 |
| EMS | 81,676 | 89,889 | 586,178 |

80. As a next step in my analysis, I did a manual review of the folder structure for each software project, looking to narrow down the amount of code even further, excluding source code that might have been incorporated into these projects from other sources. For instance, for WordPress-based projects, such as InfoDeli's and EMS's implementations of the Vectra Rebate website, I excluded the "plugins" subfolder. Similarly, for Magento-based projects, such as EMS's reimplementation of InfoDeli's Lit Stores for CEVA and BIVI, I excluded the /app/code/community subfolder. I excluded these folders because they contain a large amount of third-party code. Notably, by excluding these folders in their entirety I am discounting any additional development time that was spent to customize the third-party code therein. I also excluded additional files and folders that appeared upon a manual review to be

32

irrelevant or redundant[21]. Refining my analysis in this way yields the below table of lines of code for each project:

|  | CEVA | BIVI | Vectra |
|---|---|---|---|
| InfoDeli | 19,324 | 19,160 | 1,291 |
| EMS | 61,597 | 67,662 | 74,968 |

81. It is immediately apparent that the numbers are much higher for EMS' implementations than for InfoDeli's.

82. EMS's replacements for the InfoDeli CEVA and BIVI Lit Stores are based on the Magento platform, and this makes their implementations much heavier in terms of lines of code. Even when trying to account for this, as described above, we are left with a very large code base. InfoDeli's stores, on the other hand, do not rely on any major third-party solution, which makes their code base slimmer, and their core functionality is more efficiently implemented in a tight-knit cluster of Lasso files.

83. However, the reliance on Magento is not the only explanation for the higher line counts of EMS' implementations. Looking at Vectra Rebate, we can see that the line count is still higher for EMS, despite the fact that both EMS and InfoDeli rely on the WordPress platform for their implementation. Looking more closely at the project folders, we can see that EMS displays a propensity to rely on a large amount of third-

---

[21] For instance, I removed the "bulk", "bulk2", "bulk3" folders from InfoDeli's implementation of the Ceva store, since they appeared to contain redundant code, as well as the "obsolete" subfolder in InfoDeli's implementation of the Vectra Rebate website. For a complete list of the files considered, see Exhibit B.

33

party code[22] (not counted in the final totals), while InfoDeli encodes their business logic in a small number of custom-made Lasso files.

84. As a final step of the line count analysis, given the similar nature of the CEVA and BIVI stores, I examined how similar their implementations are. Running a "diff" comparison of one against the other shows that they are very similar, for both InfoDeli's and EMS' implementations:

|          | CEVA to BIVI |
|----------|--------------|
| InfoDeli | 2,340        |
| EMS      | 8,054        |

85. In order to avoid double counting duplicate code, I will only include the added/modified Files for the BIVI implementation.  That gives us the following totals:

|          | CEVA   | CEVA to BIVI | Vectra | Total   |
|----------|--------|--------------|--------|---------|
| InfoDeli | 19,324 | 2,340        | 1,291  | 22,955  |
| EMS      | 61,597 | 8,054        | 74,968 | 144,619 |

86. While I have made every effort to remove code that was not part of the development effort, there is always the possibility that some of the code above is part of a library (or was copied and pasted from another source).  However, in the case of EMS, even if I were to exclude a majority of the code, the remaining code base is still three times larger than the InfoDeli code base.

---

[22] This is exemplified by the "plugins" folders in both projects. Engage Mobile's folder contains 46 distinct plugin folders, InfoDeli's contains 14.

34

87. InfoDeli's code base is significantly smaller than the code base that EMS eventually developed and provides all of the required functionality described above as part of the InfoDeli Software Platforms. I therefore chose it as the more conservative code base to analyze regarding the scope of effort required for implementing the replacement solution later in this report.

88. **The table below presents the size of InfoDeli Code Base (in lines of code actually written by a human) and the time necessary to create independently:**

| | |
|---|---|
| Lines of Unique Code in The InfoDeli Software Platforms | 22,955 |
| Number of Programmer Days to Create at a rate of 25 Lines/Programmer/Day | 918.2 |
| Number of Programmer Hours to Create | 7345.6 |
| Number of Programmer Months to Create, at an average of 152 hours per month | 48.32 |

**Time and Effort Delta:**

89. As mentioned previously in this report, in my professional opinion, it takes significantly longer to develop a new software solution independently (i.e., in a clean room approach), than to use a working solution as a blueprint, guide and/or reference. This includes troubleshooting to assure that the new "clean room" software functions exactly as desired.

90. I understand that EMS chose to use Magento as a solution for the replacement of the Lit Stores for BIVI and CEVA. This choice of replacement software did not lead to a software solution that was developed more quickly. Magento is a one-size-fits-all

35

software program used to create an online store to sell goods.  In fact, Defendants (especially Defendant Liz Corbin, the Magento expert) knew that using Magento would not meet the requirements set by WRI, *i.e.*, replacing the functionality of the Lit Stores.  Thus, Ms. Corbin warned EMS that extensive customization would be required for the project. Corbin dep. 123-124 and 159.

91. Thus, although Magento was purchased "off the shelf", it did not reduce the development effort due to the large amount of customization of its code required.  For example, Ming Yao billed EMS over 560 hours, primarily on this customization.[23] The InfoDeli Lit Stores are significantly different from a standard e-commerce site, and specific business knowledge of BIVI, CEVA and WRI are incorporated into their functionality.

92. In fact, Plaintiffs' InfoDeli Software Platforms are not e-commerce sites at all.  Breht Burri called the BIVI and CEVA Platforms "the Lit Store" as a metaphor to aid the users in understanding how to order materials for fulfillment.[24]  However, nothing is bought or sold in the CEVA or BIVI Lit Stores. No money is ever exchanged, so there is no need to handle core e-commerce functionality such as calculating state taxes, and credit card or banking information. So, much of the functionality that Magento brings and assumes within its frameworks (as opposed to other web frameworks) is not relevant for this project.

---

[23] See, *e.g.*, ENGAGE00076823
[24] Trial Testimony of Breht C. Burri April 11, 2017 at p. 313:4-16 from InfoDeli, LLC et al. v. Western Robidoux, et al., Case No. 1616-CV09518 in the Circuit Court of Jackson County, Missouri.

**Methodologies for Comparing the Difference in Effort between Clean Room and Tainted Development Procedures**

93. In the next two sections I render my opinions on the difference in effort required for developing Clean Room versions of replacements of the InfoDeli Software Platforms. These sections are:

    a. Detailed Analysis Based on the Size and Scope of the InfoDeli Lit Stores and VectraRebate Site:

        i. The effort required for a Specification and a Design Phase based on the complexity of the sites in terms of functionality

        ii. Programming effort required based on expected lines of code

        iii. Effort needed to recreate the Curated Content

        iv. Effort needed to repopulate the databases

        v. How different development time frames affect the above

    b. An effort comparison based upon the industry standard estimation tool Cocomo-II.

**Background on Cost Estimation**

94. Clients often request that the software to be developed perform a variety of functionalities or be implemented using various frameworks or within certain constraints. Clients will thus ask for different estimates based on different scenarios, *e.g.*, how much will it cost if the software can do XYZ? For example, there could be

a request to give one estimate for upgrading an existing system and an additional estimate based on a solution that involves licensing a new system.

95. In the past I have provided estimates on projects with differing scopes that involved a migration or reimplementation of an existing system, where I considered factors such as:

    a. Whether we have access to engineers involved with developing the original project

    b. Whether our proposed software can be written in the same software language as the current source code

    c. Whether content from the current solution can be reused, or if it must be processed from original, independent source materials to be appropriate for the target platform. For example, if the new system has a higher graphical resolution than the previous system, new graphics would have to be created from original sources to provide the necessary quality.

96. Most commonly, the request from clients is for estimates with different development time frames:

    a. What time frame has the lowest cost?

    b. How much additional cost to deliver the solution X months sooner than the baseline (most efficient/cost effective) projected number of months required to develop the solution?

38

97. If the available calendar time to complete the baseline project is reduced *without a corresponding reduction in requested features for the software solution*, then the programming team needs to be expanded to compensate for the earlier delivery time, which would introduce additional overhead[25] for the following non-limiting list of reasons:

    a.  The learning curve is repeated with each additional programmer

    b.  Communication quickly becomes increasingly complicated since a linear increase in the number of programmers contributing to the project results in a quadratic increase in the number of lines of communication available to the programming team:

        i.  4 programmers have 4 *3 / 2 = 6 lines of communication

        ii.  12 programmers have 12 * 11 / 2 = 66 lines of communication

        iii.  36 programmers have 36 * 35 / 2 = 630 lines of communication

98. Debugging becomes more complicated, as each programmer has a smaller percentage of the program that they are responsible for coding and they necessarily must be more reliant on interacting with other team members who are responsible for other parts of the program to solve problems that arise.

99. This means that there are limits to: (1) how much a project can be accelerated by adding additional programmers and (2) the probability of success in the given time frame as the team grows (as the development time decreases, the probability of

---

[25] Mythical Man-Month: Essays on Software Engineering, Frederick Brooks

39

success becomes lower with the probability of success hitting zero if not enough time is given for the code to be written and integrated).

100. As an example, this means that eight programmers for six months is not nearly as efficient as four programmers for one year.

101. Because of the above considerations, in my expert opinion there is a minimum of a 50% increase in cost for halving development time to reflect the reduced programmer productivity as described above. Additionally, there is the caveat that the likelihood of success and quality control would be lower. Many of the software development projects that I have worked on have included very large amounts of content (Video Games, The Complete National Geographic), so my experience in the industry includes providing time-estimates where the new solution involves large scale data and content processing.

**Detailed Analysis Based on the Size and Scope of the InfoDeli Lit Store and VectraRebate Sites**

102. In this section, I discuss the amount of consultant time needed for constructing the new sites via a Clean Room Solution, and break down my expert opinion on the amount of time necessary into four sub-categories:

    a. Specification Phase

    b. Design Phase

    c. Code and Database Design Implementation

d. Repopulating the Content of the Site

    i. Database Data Entry

    ii. Curated Content Implementation

**Functional Specification Phase**

103. As mentioned above, the first phase of a Clean Room Solution is to have a team create a Functional Specification. If EMS had implemented the system from scratch, I believe that the most efficient approach would have been to create a single Functional Specification to cover the replacements for the CEVA and BIVI Lit Stores as well as the VectraRebate site. This would have allowed EMS to avoid duplication of effort in development.

104. A Functional Specification for a replacement for the Info Deli Software Platforms for BIVI and CEVA would have to include, at a minimum:

    a. Front end graphical user interface for user orders which includes:

        i. Secure login screen

        ii. Viewing of literature pieces and other fulfillment items for potential ordering

        iii. Actual ordering of brochures, flyer, pens, education material, *etc*.

        iv. Actual ordering of electronic media to be delivered via email by link

        v. Search functionality

        vi. Client lookup at checkout

        vii. Mechanism to specify delivery to reps, prospects and clients

      viii.  Mechanism to provide appropriate ordering access restrictions

      ix.  Mechanism to provide appropriate limits on the amount of material that could be ordered by a given user

      x.  Confirmation emails and look-up of history of prior orders

      xi.  Specifying multiple recipients for a single order ("Specialty Orders")

      xii.  Alerts when users attempt to order more products than they are allowed

      xiii.  Reporting functionality

b.  Back-end and combined front-end/back-end functionality to:

      i.  Receive, Input and Process orders from representatives of BIVI or CEVA or their respective distributors

      ii.  Send order to warehouse and mailing stations

      iii.  Integrate with shipping providers such as FedEx

      iv.  Monitor inventory levels

      v.  Report on inventory levels

      vi.  Store and retrieve historical data in database

      vii.  Add/Remove products and associated content

      viii.  Add/Remove users and modify their rights in the system

c.  (CEVA only) Vectra Rebate Implementation:

      i.  Generate and validate rebate codes

      ii.  Webpage for entry of a valid coupon code from end users (pet owners)

   iii. Process rebate coupons and ship promotional Vectra doses only to end-users (pet owners) that entered valid redemption codes,

   iv. Coordination of rebate coupon printing, reorders of coupons for clinics, auto-printing mailing labels,

   v. Batching fulfilled orders for bulk mailing

  d. Database Design:[26]

   i. Product info:

    1. Product Numbers

    2. Detailed Descriptions, Issues, Relevant Facts

    3. Graphics

    4. Printed Materials

   ii. Customer Data

    1. Customer info

    2. Order History

   iii. Inventory

105. To develop a Functional Specification that covers the above (and other) parameters I estimate (at a minimum) a 10 to 15 day consolidated schedule consisting of:

---

[26] InfoDeli_Data_00001, bi_lit_04032014
InfoDeli_Data_00003, cv_lit_04032014

Case 4:15-cv-00364-BCW Document 695-2 Filed 05/31/19 Page 43 of 185

a. One WRI Employee full time with the deepest knowledge of the current system (80 – 120 hours)

b. One BIVI half-time employee and one CEVA half-time employee, each with the deepest knowledge of their respective companies' needs (80 – 120 hours)(these employees should contribute at different times since BIVI and CEVA would likely not agree to discuss their needs in front of their competition)

c. One Software Architect full time (internal or external) with experience in web development, fulfillment programming (or if not available, then e-commerce programming) and database design  (80 – 120 hours)

d. Approximately half-time availability of other WRI employees to consult and cover user needs, issues, *etc.* as well as time from other BIVI/CEVA employees to provide input outside the areas of the expertise of the employee on the project (40 – 60 hours)

106. In my expert opinion, this gives a conservative requirement of 280 to 420 hours to create a complete, detailed Functional Specification. The low end is relatively conservative in terms of person-hours needed, and makes the assumption that everything goes smoothly. In my expert opinion, the high end is a more realistic number of person-hours needed. There is also a strong possibility of unexpected challenges, so it is quite possible to go above my expert opinion's high-end number. While an incomplete Functional Specification could be created in less time, I believe

44

that the resulting inferior work product would eventually lead to greater costs later in the development process.

**Detailed Design Document**

107. As described above, the Detailed Design Document should translate all of the functionality from the Functional Specification into a development plan to guide implementation. Once again, to avoid duplication, this phase would design a new system for all three websites that shared functionality as appropriate. This is essentially a new blueprint for the new software (even though it typically does not include the actual code of the functions, it may include pseudo-code, *etc.* to describe how each function works) and includes, at a minimum:

    a. Architecture of the software platform and site as a whole

    b. Shared library functions and their side effects

    c. Top level functions

    d. Database design and connections

    e. Content layout and access

    f. A production pathway for adding content

    g. A project schedule for the development of all of the above, typically including a "Gantt Chart" (a visual graph of the connected steps of development).

108. The Detailed Design Document would reflect only an initial understanding of the size of the code, but it would fully lay out all the logic of implementing the solution,

45

which is absolutely critical to success in my expert opinion. In addition, it would include a detailed and completed database design with fully-specified schemas (structures and relationships) for the database tables.

109. For the Detailed Design Document, it is my expert opinion that a team of two software architects with the same level of experience as used in the Specification Phase are required to properly and efficiently prepare the Detailed Design Document for EMS's replacements to the InfoDeli Software Platforms.

110. It is my expert opinion that the Design Phase requires using two software architects working a minimum of 6 to 8 weeks, for 480 to 640 hours, based on a proper Functional Specification that fully describes the needed functionality. My opinion is based on:

    a. The scope of the Functional Specification described above,

    b. The actual size (lines of code) of the previous implementation, and

    c. A database of approximately 25-50 tables related to the business logic of the implementation, which is consistent with InfoDeli's Software Platforms.

111. There is, of course, the possibility that the EMS Design Team would develop a framework that is more complicated than the above and would therefore take longer to design (and subsequently implement). Given that the code base EMS actually developed was in fact much larger than the original InfoDeli Software Platforms, I believe that my opinion of the time needed is conservative.

46

**Code and Database Implementation Phase**

112. For the Code and Database Implementation Phase, it is my opinion that a four-person team consisting of the same two architects who authored the Design Document, and two additional experienced contributor level programmers would be the most efficient team to achieve satisfactory results. A team of this size can communicate directly and efficiently, while still presenting the opportunity for a "fresh set of eyes" when dealing with any intransigent challenges.

113. As discussed above, it my opinion that the target code base consists of 22,955 lines of non-duplicated code and a realistic programming rate (Lines of Code per Day) would be 25 lines/programmer/day. This gives us an effort of approximately 7,346 hours, or approximately 12 months of full time work for a qualified team of four (48 Person-Months)[27] with a high likelihood of success (approximately 75% or better). I believe that this would be the most efficient scenario and would have the highest chance of success. This phase would begin after the Design Document was fully completed.

114. Success in this case means delivering all of the functionality described in the Functional Specification by the stated deadline: a level of accuracy and functionality similar to that provided by the InfoDeli Software Platforms (or at least close enough that clients CEVA and BIVI are willing to accept them as reasonable substitutes).

---

[27] Assuming 152 work-hours / month. 48*152 = 7,296 hours.

47

115.    For this project, if the available calendar time for development were halved to 6 months, it is my expert opinion that the project would need to expand the effort by 50% to account for the reduced productivity and therefor take approximately 11,019 hours to complete, or approximately 6 months of a team of twelve people (72 Person-Months)[28].  Given the larger team and reduced time frame the likelihood of success drops to moderate (approximately 50%) with the likelihood of noticeable QC issues. This would likely require additional flexibility from the client as to which features were fully implemented at launch and what error rates they are willing to permit in the data.

116.    If the available calendar time were further reduced to 3 months, I estimate that the project would need to expand the effort by 50% again to account for the reduced productivity and therefor would take 16,529 hours to complete, or 3 months of a team of thirty-six people (108 Person-Months)[29].  This involves a large amount of parallelism on the development of the system, with no room for slippage. The Design Document would need to be released in stages, and the Implementation team would begin work before the Design Document was completed, which will lead to inefficiencies. The likelihood of success drops to low (approximately 25% or less) and there will substantially higher likelihood of noticeable QC issues.

---

[28] Assuming 152 work hours / month.  72*152 = 10,944 hours.
[29] Assuming 152 work hours / month.  108*152 = 16,416 hours.

48

117. For there to be any chance of success in the given time frame of three months programming time, the client would have to be incredibly flexible on the required functionality at the launch date. If there are any quality issues in the solution, there is no "slack time" to compensate. If I were in a business setting and asked to provide estimates to a client under these time constraints, I would be exceedingly hesitant to tell the client that the software could be written in three months because this compressed time frame substantially reduces the likelihood of a successful project delivered on time. This time frame only makes sense if it is an absolute business necessity to meet a particular date.

118. All of the above assumes a well-connected, experienced team of programmers. EMS relied heavily on contractors, some of whom they had not worked with before, which in my expert opinion would create additional overhead costs. As a result, the above represents my conservative expert opinion as to the amount of hours the project would require under various schedules. This is especially true for when the project allows for only a reduced time frame and expanded team size.

49

**Repopulating the Content of the Site**

119.    Part of the task EMS was charged with was not merely to create new sites with similar functionality to the InfoDeli Software Platforms, but to repopulate the sites with the content that had been entered over years of active use, especially for BIVI. This includes, at a minimum:

    a.  Lit Stores:

        i.  Product Data

            1.  Curated Content Files:

                a.  Thousands of Images, PDFs, Videos

            2.  Database Content:[30]

                a.  Product info

                b.  Links to Curated Content

        ii.  "State" Database Content:

            1.  Database entries of customer data

            2.  Database entries of reseller data

    b.  VectraRebate.com:

        i.  Database Content:

            1.  Database entries for Valid and Redeemed coupon codes for the VectraRebate site

---

[30] InfoDeli_Data_00001, bi_lit_04032014
InfoDeli_Data_00003, cv_lit_04032014

50

120. As mentioned above, one of the greatest savings EMS received was having access to the InfoDeli Software Platforms and materials, including the database for CEVA which included the redemption codes and redemption history data. For the replacements to the Lit Stores for BIVI and CEVA, EMS did not have to duplicate the labor-intensive process of locating, editing and then adding content from scratch. For example, Jill Williams testified that she used the "Fetch" program to access the InfoDeli Software Platforms' servers and proceeded to download all assets in them (including assets created for demonstrations to potential new customers).[31] She then uploaded those same assets to the EMS Google drive, which EMS had access to use in developing the new WRI marketing stores. These assets from InfoDeli Software Platforms had been curated, *i.e.*, organized, indexed and named to be accessed by the InfoDeli Software Platforms.

121. This represents an enormous savings in time, especially for the BIVI and CEVA InfoDeli Software Platforms. Much of the time and effort spent copying files is spent locating and confirming the correct materials for duplication. This act of locating and confirming correct materials for duplication does not offer efficiencies of scale.

122. I begin my analysis by looking at just the product data. There are approximately 4,352 products stored in the BIVI and CEVA Lit Stores as implemented by InfoDeli[32]. These are represented by:

---

[31] Williams Depo 51:7 - 52:20

[32] BIVI:   3814 products.   (SELECT COUNT(1) FROM bi_lit_04032014.products;)
InfoDeli_Data_00001

51

a. Databases

    i. 515,189 Product Related Records in the BIVI LitStore Database[33]

    ii. 948,736 Product Related Records in the CEVA Lit Store Database[34]

b. Thousands[35] of associated Curated Content files, such as:

    i. images

    ii. pdf documents

    iii. video files

123. While the content for a particular product may vary, a minimum baseline for each product includes:

a. Text information in the database:

    i. Product name,

    ii. item or model number [Lit Code],

    iii. Access level information

    iv. Whether the product is currently active

    v. Brand name

---

CEVA: 538 products. (SELECT COUNT(1) FROM cv_lit_04032014.products;) InfoDeli_Data_00003

[33] BIVI (InfoDeli): InfoDeli_Data_00001, file bi_lit_04032014.sql

[34] Ceva + Vectra (InfoDeli): InfoDeli_Data_00003, file cv_lit_04032014.sql

[35] See, *e.g.*, paragraphs 99 – 100 of the Expert Report of Jason H. Eaddy dated September 30, 2016, paragraph 74 of the Second Expert Disclosure and Report of Jason H. Eaddy dated December 23, 2016, and the Deposition Transcript of Jill Williams dated September 26, 2016 pages 51 - 57.

     vi.   Product Type

     vii.   Premium Item

     viii.   description,

  b.  Two sizes of image for each different Product:

     i.   Thumbnail

     ii.   300x300

124.    Here is a screen capture of an exemplary product page which gives an indication of the above baseline:

Screen cap taken: Aug 11, 2014



125.    There are database records for additional Curated Content ("Literature_url"), which may include PDFs, videos, etc.  1,836 of these refer to materials on InfoDeli Servers and would need to be located and collected from original sources.[36]

---

[36] SELECT literature_url FROM bi_lit_04032014.products WHERE literature_url <> "";
SELECT literature_url FROM cv_lit_04032014.products WHERE literature_url <> ""

Case 4:15-cv-00364-BCW    Document 695-2    Filed 05/31/19    Page 53 of 185

126. To add a product to the Lit Store from scratch, the process typically comprises the following steps:

    a. Locate, acquire, and edit data regarding the product, including:

        i. Name

        ii. Description/Details

        iii. Product Type

        iv. Lit Code

        v. Packaging

        vi. Monthly Limit

        vii. Availability

        viii. Premium Item Flag

        ix. Brand Name

    b. Enter the above into the database

    c. Locate and acquire a product image, edit into two sizes (thumbnail and 300x300), naming each image file to match naming convention/schema of the database,

    d. Copy the above into an appropriate location on the file system

    e. Locate any additional content ("Literature")

    f. Acquire and store on the server (if needed)

    g. Enter retrieval information into the database

    h. QC all of the above

127. All of the above requires a large amount of interaction with BIVI and CEVA to acquire the necessary information for each product. For images, WRI or EMS needed to interact with BIVI or CEVA to acquire images of the product, or to photograph actual copies of the products in their warehouse. Either of these is a time consuming process. As noted above, in both cases, image files will need to edited and named to properly interact with the system, and this is a labor intensive process that does not have large savings when scaled.

128. Some of the above process might be automated, depending on how the source materials are organized and stored, and some of the source information above might already be stored on WRI's systems from when the products were originally uploaded to the InfoDeli Systems. These scenarios are reflected by the lower bounds of time necessary in my expert opinion.

129. In my expert opinion, the above process should typically range from 20 to 40 minutes per product, based primarily upon the availability of materials and the amount of debugging and QC required to make sure that product images are accounted for and displayed correctly and other information is entered correctly. WRI charged $75 to $150[37] as a service fee to cover the expense of adding a new product to the Lit Store, which is consistent with the above estimate. Assuming that this process is required for all 4,352 of the products, this gives us a range of 1450 to 2900 person-

---

[37] For Example, WRI_0036257 ("Digital Upload to Literature Store of Physical Items 6 @ $150.00 $900")

55

hours, or roughly 9 to 18 person-months[38], to repopulate the product information and Curated Content for the Lit Stores.

130. The above is just for product information and Curated Content for the Lit Stores. It does not include information regarding the current status of the system:

   a. Products:

      i. Current Products in Stock

      ii. Ordered Products

      iii. Recipients

      iv. Shipping Status

   b. System Information:

      i. Sales Representatives (Reps)

      ii. Territory Information

      iii. Clinics

      iv. Distributors

      v. User Rights (order quotas, system visibility).

131. Recreating the above current status information would involve collecting information from a variety of sources (BIVI, CEVA, WRI in-house data) to recreate the customer, product and system knowledge state of the InfoDeli Systems, but the availability and accuracy of all of this information is not guaranteed, and would certainly involve a massive QC effort to confirm accuracy.

---

[38] Assuming 152 work hours / month.  9*152 = 13680 hours.  18*152 = 2736 hours.

132.  Examining the Databases reveals[39]:

BIVI InfoDeli User Records            69,575

CEVA+Vectra InfoDeli User Records     456,293

Total User Records                    525,868

133.  Given the scope of the above aspect of the project, it is my expert opinion that WRI would elect to find an alternative solution. I expect that WRI would not attempt to recreate *all* of the data above, due to expense, and the likelihood of Quality Control issues in a reasonably allowable time-frame.

134.  Instead, it is my expert opinion that WRI and Engage would pursue a more reasonable plan of attack to define (with CEVA and BIVI) a minimum set of data necessary for launch, and then proceed:

a.  Data Collection (80-160 hours):

   i.  One consultant full time for 1-2 weeks interfacing with CEVA and collecting all related data that the client was aware of.

   ii.  One consultant full time for 1-2 weeks interfacing with BIVI and collecting all related data that the client was aware of.

b.  Data Loading and Normalization (80 – 160 hours)

   i.  One Consultant full time for 2 to 4 weeks

c.  Review and Quality Control (120 – 160 hours)

---

[39] BIVI (InfoDeli): InfoDeli_Data_00001, file bi_lit_04032014.sql
CEVA + Vectra (InfoDeli): InfoDeli_Data_00003, file cv_lit_04032014.sql

i. One Consultant full time for 3 to 4 weeks

In my opinion, WRI and Engage could create workable stores with a minimal subset of the data that could then later be expanded with normal use of the system, for a total effort of 280 to 480 hours. My opinion is bolstered by the fact that this is how EMS and WRI proceeded.

135. The VectraRebate Site involves minimal file content, but vastly more database content, which is primarily about the current state of the system, including:[40]

    a. Printed Rebate coupons numbering over two million

    b. Unique redemption codes printed on each coupon

    c. Printing anomalies: approximately 5889[41] coupons were printed twice, so that the database must include two entries for these codes instead of one

    d. Redeemed Rebates

136. This involves:

    a. Over eighteen million database records, including:

        i. Over eighteen million generated coupon codes,[42] of which:

            1. Millions were printed,[43] of which:

                a. Over 300,000 of which were redeemed[44]

---

[40] InfoDeli_Data_00003, cv_lit_04032014
[41] ENGAGE0247809
[42] SELECT COUNT(1) FROM cv_lit_04032014.promo_codes; InfoDeli_Data_00003
[43] See, e.g., 101:8 – 16 of Deposition Transcript of Cindy Burri dated February 7, 2017.
[44] SELECT COUNT(1) FROM cv_lit_04032014.promo_codes WHERE use_status="redeemed"; InfoDeli_Data_00003

58

ii.  Over 10,000 clinics associated with territories and reps[45]

b.  Over two million database records specifying which coupons were sent to specific clinics

c.  Over 75 thousand user records

137.  As mentioned in the timeline above, InfoDeli provided Shane Fairchild a USB thumb drive of parts of the CEVA database for vectrarebate on or around March 20, 2014[46]; Mr. Fairchild also asked Breht to provide the redemption data to 10-Power, who then provided the data to Nathan Haley via FTP.

138.  In order for EMS to recreate the above data without using that database dump EMS would have to attempt to recreate - at a minimum - the database of 2.3 million coupon redemption codes by reviewing the individual electronic copies of them.

139.  Without those unique redemption codes, WRI would have no idea (other than if the submitted entry was the correct number of alphanumeric characters, e.g., six or eight) if a code submitted electronically was a valid code – the only other alternative would be to require all redemption cards to be mailed to WRI which eliminates a very attractive feature of the program, i.e., redeeming online.

140.  Cindy Burri testified in her deposition that WRI had electronic images of the individual coupons on WRI's Systems.[47] It therefore would have been possible to examine individual image files of the coupons *by hand* using a tool such as Adobe

---

[45] SELECT COUNT(1) FROM cv_lit_04032014.resellers; InfoDeli_Data_00003
[46] Transcript of Shane Fairchild's deposition on April 26, 2016, 4:1 – 8:4
[47]  9-26-16 Cindy Burri dep. p. 149

and thereby recreate the database of coupon codes. Given that there are at least two million coupon codes, assuming one could open, examine, and enter data from each file in 10 seconds, it would take 20 million seconds, or well over 5,000 hours, to enter.

141.    Given the scope of the above aspect of the project, I believe it more likely that WRI would elect to find an alternative solution:

   a. Possibly honoring all coupon codes, regardless of whether they had been redeemed or not. But this seems unlikely, the possible expense here is very high.

   b. Developing a system to programmatically extract the coupon information from the image files.

142.    It is my opinion that a programmatic extraction effort is the most likely solution that would have been pursued in this circumstance due to the need for accuracy and to avoid unnecessary expense.  Such an extraction effort would involve 3 phases:

   a. Search for and do tests of the entire process:

      i.   Acquiring image files

      ii.  Batch conversion using off-the-shelf image-to-text solutions, specifically those that support QR and/or bar codes

      iii. Conversion of this data into a format for loading into the database

      (1-2 weeks of a fairly high level technical consultant)

60

b. Collect and process two million coupon image files.

(1-2 weeks of a medium level technical assistant)

c. QC the output of the above.

(2-4 weeks of a medium level technical assistant)

This gives a total of 4 to 8 person-weeks of effort. This estimate is necessarily rough, as there are many unknowns in this hypothetical. Issues with image to text conversion are common, so even with a strong QC effort, the quality of the data would likely not match the InfoDeli CEVA database.

143. The work of repopulating the database content of the replacements for the Lit Stores and VectorRebate.com can be done mostly in parallel to the development effort of the code, assuming that the database is fully designed in the design phase and is implemented early in the development phase.

144. Team members need to be knowledgeable on database entry and image manipulation, but do not need the same skill set as the development team, nor have the same insight into the mechanics of the system. There is less need for communication when performing data entry than in code development, so this lends itself to the greater feasibility of a larger, shorter run team.

**Summary of Effort Required to Reimplement the InfoDeli Lit Store and VectraRebate Sites based upon Size and Scope of the Original InfoDeli Solution.**

145.   Here are the totals of the effort needed to implement a replacement to the InfoDeli Software Platforms utilizing a Clean Room process:

| Phase | Estimated Hours for a Clean Room Solution in 14 to 15 Months | Estimated Hours for a Clean Room Solution in 8 to 9 Months | Estimated Hours for a Clean Room Solution in 5 to 6 Months |
|---|---|---|---|
| **TOTAL** | **9,996 to 12,106** | **13,669 to 15,779** | **19,179 to 21,289** |
| Functional Specification | 280 – 420 | 280 – 420 | 280 – 420 |
| Design Document | 480 – 640 | 480 – 640 | 480 – 640 |
| Code Implementation | 7,346 | 11,019 | 16,529 |
| Database Entry For Lit Stores | 280 – 480 | 280 – 480 | 280 – 480 |
| Database Entry For VectorRebate | 160 – 320 | 160 – 320 | 160 – 320 |
| Lit Store Content Creation | 1,450 – 2,900 | 1,450 – 2,900 | 1,450 – 2,900 |
| Likelihood of Success in Given Time Frame | High Approximately 75% | Medium Approximately 50% | Low Approximately 25% |

**Comparison of My Analysis to the Estimate Generated by Cocomo-II**

146.     As a reality check, I compared my analysis to that of an industry standard known as Cocomo-II[48]. COCOMO II is a model for estimating the time required to write the source code for new software projects. The website of the Center for Systems and Software Engineering of the University of Southern California, where it was developed, describes it as follows:[49]

> COnstructive COst MOdel II (COCOMO® II) is a model that allows one to estimate the cost, effort, and schedule when planning a new software development activity. COCOMO® II is the latest major extension to the original COCOMO® (COCOMO® 81) model published in 1981. It consists of three submodels, each one offering increased fidelity the further along one is in the project planning and design process. Listed in increasing fidelity, these submodels are called the Applications Composition, Early Design, and Post-architecture models.

147.     In my analysis I used the highest fidelity submodel, Post-architecture, which is described in the COCOMO II manual[50] as follows.

> The **Post-Architecture model** involves the actual development and maintenance of a software product. This stage proceeds most cost-effectively if a software life-cycle architecture has been developed; validated with respect to the system's mission, concept of operation, and risk; and established as the framework for the product.

148.     There are two sets of results, given by the choice of the "Scale Factors" parameter, which takes into account the skill of the software team implementing the software

---

[48] The tool used was COCOMO® II.2000.4, available at http://csse.usc.edu/csse/research/COCOMOII/cocomo_downloads.htm

[49] See, *e.g.*, http://sunset.usc.edu/csse/research/COCOMOII/cocomo_main.html.

[50] Available at http://sunset.usc.edu/research/COCOMOII/Docs/modelman.pdf.

63

project. A value of "Nominal" is the default, and a value of "Very High" assumes a very skilled team, and consequently gives a lower estimate.

149. Here is the summary of the results of running the Post-architecture submodel of COCOMO II for the lines of code in the InfoDeli Software Platform[51]:

| InfoDeli / Very High Skill | Effort (months) | Schedule (months) | Effort (hours) | Staff (# of people) | Productivity per person (LOC/m) | Productivity per person (LOC/d) |
|---|---|---|---|---|---|---|
| Optimistic | 49.6 | 11.5 | 7,539.2 | 4.3 | 462.4 | 24.3 |
| Most Likely | 62.1 | 12.3 | 9,439.2 | 5.1 | 369.9 | 19.5 |
| Pessimistic | 77.6 | 13.1 | 11,795.2 | 5.9 | 295.9 | 15.6 |

| InfoDeli / Nominal Skill | Effort (months) | Schedule (months) | Effort (hours) | Staff (# of people) | Productivity per person (LOC/m) | Productivity per person (LOC/d) |
|---|---|---|---|---|---|---|
| Optimistic | 73.8 | 14.4 | 11,217.6 | 5.1 | 311.1 | 16.4 |
| Most Likely | 92.2 | 15.5 | 14,014.4 | 6.0 | 248.9 | 13.1 |
| Pessimistic | 115.3 | 16.6 | 17,525.6 | 6.9 | 199.1 | 10.5 |

150. These results represent programming and design effort, and do not attempt to take into account the effort necessary for developing content.

151. The optimistic computed effort for a very skilled team is similar to my programming estimate for an optimal 14 – 15 month development plan (which assumed a small, well-coordinated team).

---

[51] COCOMO reports the effort in person months, and I accepted the default hours per month ("Hours/PM"): 152.

Case 4:15-cv-00364-BCW    Document 695-2    Filed 05/31/19    Page 64 of 185

152. The above reality-check was computed after my detailed expert opinion was completed (though I did standardize on 152 hours per person-month for ease of comparison).

153. Below is a sample screenshot of the application, showing the results for InfoDeli / Post Architecture / Very High:



154. The estimates given by COCOMO II confirm the validity of the results of my analysis.

Summary of My Opinions

a) EMS was able to greatly shorten the time and effort required for developing their replacement websites by using the existing InfoDeli Software Platforms as a

65

blueprint, rather than going through a specification and design phase and developing their solution independently.

b) EMS was able to shorten the development time further by making use of the InfoDeli Software Platform Materials and by copying and incorporating the Curated Materials into their solution.

c) It would have taken approximately between 9,996 consultant hours (for a 14 to 15 month schedule) and 21,289 consultant hours (for a 5 to 6 month schedule) to reimplement the InfoDeli Software Platforms via a Clean Room process.

d) The likelihood of a 5 to 6 month schedule being successful are low (1 in 4). This is true even assuming a simpler, bare minimum site.

My analysis in this matter is ongoing, and I reserve the right to supplement this report as new information is made available to me during the course of this matter.

Signed under the pains and penalties of perjury, this 18th Day of March, 2019

_Michael D. Edge_

Michael D. Edge

# Exhibit A

# Michael D. Edge

Director

Boston, Massachusetts

E  michael.edge@aon.com

T  +1 617.807.8550

53 State Street, Suite 2201, Boston, MA 02109

## PROFESSIONAL EXPERIENCE

**STROZ FRIEDBERG, LLC**
**Director**
2017 to Present

**STROZ FRIEDBERG, LLC**
**Manager**
2015 to 2017

**ELYSIUM DIGITAL, LLC**
**Computer Scientist**
2011 to 2015

**SIMPLY SOLD CAROLINA**
**Principal**
2004 to 2011

**FIRST PARISH UNITARIAN UNIVERSALIST CHURCH OF ARLINGTON**
**Business Manager**
2008 to 2009

**SYNTHESPIA, INC.**
**Vice President of Production**
2001 to 2004

**DATAWARE TECHNOLOGIES, INC**
**Vice President of Production, Multimedia Division**
1995 to 1998

**LEDGE MULTIMEDIA, INC**
**Vice President of Production**
1992 to 1995

**SPINNAKER SOFTWARE CORPORATION**
**Programmer**
1988 to 1992

**PRINCETON UNIVERSITY**
**Researcher**
1987 to 1988

**SIEMENS RESEARCH AND TECHNOLOGY LABORATORIES**
**Programmer**
1986 to 1987

**UNIVERSITY OF SOUTH CAROLINA**
**Researcher**
1985

Case 4:15-cv-00364-BCW    Document 695-2    Filed 05/31/19    Page 68 of 185

**STROZ FRIEDBERG**
an Aon company

# CURRICULUM VITAE

## Michael D. Edge

Director

Boston, Massachusetts

**E**  michael.edge@aon.com

**T**  +1 617.807.8550

53 State Street, Suite 2201, Boston, MA 02109

**EDUCATION**

**PRINCETON UNIVERSITY**
B.S.E., *cum laude,* Electrical Engineering and Computer Science, 1987

**TESTIMONY**

2017: *Gimme Vending, LLC v. VendSys et al.*
U.S. District Court, District of Massachusetts, Case No. 1:17-cv-11137
Testified as expert witness at trial and submitted expert report on behalf of Gimme Vending, LLC (represented by Foley & Lardner LLP) in a copyright matter involving communication software for inventory tracking.

2016, 2017: *Bartech Systems International, Inc. v. Mobile Simple Solutions, Inc. et al.*
U.S. District Court, District of Nevada, Case No. 2:15-cv-02422
Submitted declarations on behalf of Bartech Systems International, Inc. (represented by Conti Fenn Lawrence) regarding a technical investigation into trade secret misappropriation.

2016: *Confidential Arbitration*
American Arbitration Association
Testified as expert witness in arbitration and submitted expert report on behalf of a Fortune 100 company in a confidential matter involving breach of contract allegations regarding software development defects and payment processing errors.

2013: *Symantec Corporation v. Acronis Inc.*
U.S. District Court, Northern District of California, Case No. 3:11-cv-05310
Submitted declaration on behalf of Acronis Inc. (represented by Fish & Richardson) in a patent case involving backup and recovery software.

07/17

# Exhibit B

**filename**

infodeli/ceva.fulfillmentstore.com/public_html/code/checkout4.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout3.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics-orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_notification.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_update.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/cart.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_edit.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/cart.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/site_config.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_edit_map.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit_map.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout5.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/add_all.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/detail.code.lasso

infodeli/ceva.fulfillmentstore.com/public_html/code/detail-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/left.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/right.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/inventorytracking.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/booth_js.js
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery-ui-1.8.24.custom.min.js
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsproducts.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/featured_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_detail_ext.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/help.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsuserspromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_update.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsclinicspromos.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricssalespromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsusers.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit_map.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricspromospets.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/inventory_tracking.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_all_cn.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_all_cn.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricssalespromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_print_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/featured_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_max_order.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/email_premium_order.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_digital_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_grouped.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/metrics_orders.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout2.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsproducts.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/booth_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/panels_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/panel_config.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/login_check.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsuserspromo.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout2.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/panels_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/booth_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/state.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/notify.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/login_form.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsusers.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/state_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_state.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_admin.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page copy.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_products_by_group.page.lasso

infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout4.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/passloss.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricspromospets.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/index_BLANK_LOGS_Access.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/update_button.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricspromosmarketing.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl_FULL.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/core.js
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/passloss.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_cattle_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_swine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_equine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_pet_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_companion_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail_ext.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_poultry_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_sheep-goat_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/search_booth.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_print.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_print.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/secure.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_up.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/location_product.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/panel_config.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/index.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_report.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/Lit_login.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_bku.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/ship_method.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/header.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsorders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products_id.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/search_booth.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/contact.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/product_fields.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery.form.min.js
infodeli/ceva.fulfillmentstore.com/public_html/includes/left_search_forms.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/booth.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/recipients_profile_type.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/division.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/department.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/courier.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/footer.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/about.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/home.code.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/item_order_types.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/signout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_3.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_1.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_profile_type.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/secure.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout3.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/help.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/premium_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/digitalproduct_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/digital_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metricspromospets.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/printproduct_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/contact.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery.tablesorter.min.js
infodeli/ceva.fulfillmentstore.com/public_html/code/products_notification.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/signout.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/about.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metrics.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metrics_products_by_group.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery-1.8.2.min.js
infodeli/ceva.fulfillmentstore.com/public_html/includes/credits.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout5.page.lasso

**filename**

infodeli/ceva.fulfillmentstore.com/public_html/code/checkout4.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout3.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics-orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_notification.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_update.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/cart.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_edit.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/cart.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/site_config.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_edit_map.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit_map.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout5.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/add_all.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/detail.code.lasso

infodeli/ceva.fulfillmentstore.com/public_html/code/detail-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/left.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/right.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/inventorytracking.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/booth_js.js
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery-ui-1.8.24.custom.min.js
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsproducts.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/featured_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_detail_ext.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/help.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsuserspromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_update.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsclinicspromos.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricssalespromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsusers.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit_map.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricspromospets.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/inventory_tracking.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_all_cn.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_all_cn.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricssalespromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_print_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/featured_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_max_order.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/email_premium_order.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_digital_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_grouped.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/metrics_orders.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout2.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsproducts.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/booth_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/panels_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/panel_config.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/login_check.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsuserspromo.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout2.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/panels_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/booth_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/state.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/notify.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/login_form.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsusers.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/state_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_state.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_admin.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page copy.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_products_by_group.page.lasso

infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout4.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/passloss.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricspromospets.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/index_BLANK_LOGS_Access.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/update_button.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricspromosmarketing.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl_FULL.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/core.js
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/passloss.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_cattle_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_swine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_equine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_pet_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_companion_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail_ext.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_poultry_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_sheep-goat_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/search_booth.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_print.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_print.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/secure.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_up.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/location_product.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/panel_config.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/index.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_report.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/Lit_login.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_bku.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/ship_method.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/header.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsorders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products_id.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/search_booth.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/contact.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/product_fields.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_add.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery.form.min.js
infodeli/ceva.fulfillmentstore.com/public_html/includes/left_search_forms.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/booth.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/recipients_profile_type.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/division.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/department.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/courier.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/footer.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/about.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/home.code.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/item_order_types.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/signout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_3.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_1.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_profile_type.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/phone_type_2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/secure.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout3.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/help.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/premium_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/digitalproduct_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/digital_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metricspromospets.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/printproduct_status.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/contact.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery.tablesorter.min.js
infodeli/ceva.fulfillmentstore.com/public_html/code/products_notification.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/signout.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/about.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metrics.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/metrics_products_by_group.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/scripts/jquery-1.8.2.min.js
infodeli/ceva.fulfillmentstore.com/public_html/includes/credits.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout5.page.lasso

**filename**
infodeli/bivi/bimarketingservices_ls/LS/code/checkout4.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/checkout.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/hits.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/hits-detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/printorders.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/checkout3.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_up.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metrics-orders.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/hits-login.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/left.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_upresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_notification.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_add.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_update.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/cart.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_upresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_up.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_addresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_edit.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/cart.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_addresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/home.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_upresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_addresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_addresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_list.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_upresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_up.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_upresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_edit_map.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/hits-login.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_add.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/hits.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_addresp.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/left.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_edit_map.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/hits-login.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/checkout5.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/navigation.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_up.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/site_config.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_add.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/metrics_products.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/add_all.lasso

infodeli/bivi/bimarketingservices_ls/LS/pages/users_add.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/detail-login.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/right.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_detail_loc.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/inventorytracking.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/booth_js.js
infodeli/bivi/bimarketingservices_ls/LS/scripts/jquery-ui-1.8.24.custom.min.js
infodeli/bivi/bimarketingservices_ls/LS/reports/metricsproducts.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_add.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/featured_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_detail_ext.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/help.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/metricsuserspromo.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_up.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/left.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metrics_orders.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_edit.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_update.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/navigation2.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/metricssalespromo.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/metricsclinicspromos.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/reports/metricsusers.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/inventory_tracking.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_edit_map.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_list.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_list.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_list.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsclinicspromos.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/products_list.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricssalespromos.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_digital_digest.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_max_order.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_premium_order.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_print_digest.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_grouped.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/detail-login.page.lasso

infodeli/bivi/bimarketingservices_ls/LS/pages/products_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/featured_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsproducts.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/metrics_orders.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/home.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/checkout2.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/booth_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/panels_all.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_list.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/panel_config.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email2.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/login_check.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsuserspromo.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/panels_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/booth_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_list.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/state.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_list.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/checkout.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_list.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/login_form.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/checkout2.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_list.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_upresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_all.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_upresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsusers.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_upresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_search.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/state_recipient.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/users_state.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsclinicspromos.page copy.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metrics_products_by_group.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/checkout4.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_upresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/passloss.page.lasso

infodeli/bivi/bimarketingservices_ls/LS/pages/products_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_search.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/order_li_detail.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/templates/master.tpl.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_add_user.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_up_user.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_search.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/users_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/recipients_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_detail_loc.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/update_button.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_upresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_add_recipient.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_up_recipient.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/scripts/core.js
infodeli/bivi/bimarketingservices_ls/LS/templates/master_admin.tpl.lasso
infodeli/bivi/bimarketingservices_ls/LS/index_BLANK_Records_Logins.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_search.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/passloss.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_products_up.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_products_add.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_search.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/templates/master.tpl_FULL.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_order_li_up.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_order_li_add.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_sheep-goat_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_pet_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_detail_ext.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/templates/master.tpl_BKU.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_poultry_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_companion_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_equine_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_cattle_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_swine_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/search_booth.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/emaildownload_print.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/secure.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/notify.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/email_inventory_li_add.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/BILIT_login.inc.lasso

infodeli/bivi/bimarketingservices_ls/LS/includes/email_inventory_li_up.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/featured_list.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/templates/master_print.tpl.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/panel_config.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/Lit_login.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_up.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/index.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_up.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_up.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_up.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_detail.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_up.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/emaildownload.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/emaildownload_bku.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metrics.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/ship_method.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/header.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsorders.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/products_id.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsproducts.page copy.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_add.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/search_booth.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/recipients_add.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/contact.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_add.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/order_li_add.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/users_add.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/scripts/jquery.form.min.js
infodeli/bivi/bimarketingservices_ls/LS/includes/left_search_forms.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/courier.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/division.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/exceptions.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/types.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/users.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/products.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/booth.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/categories.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/department.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/categories.inc.dis.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/types.inc.dis.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/recipients_profile_type.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/about.page.lasso

infodeli/bivi/bimarketingservices_ls/LS/includes/footer.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/phone_type_1.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/home.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/signout.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/checkout3.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/secure.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/item_order_types.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/phone_type_2.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/phone_type_3.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/users_profile_type.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/premium_status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/help.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/printproduct_status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/users_status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/digitalproduct_status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/digital_status.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/contact.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/products_notification.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/signout.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/scripts/jquery.tablesorter.min.js
infodeli/bivi/bimarketingservices_ls/LS/code/about.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/credits.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/scripts/jquery-1.8.2.min.js
infodeli/bivi/bimarketingservices_ls/LS/pages/checkout5.page.lasso

**filename**

infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/promo_code_08152013.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/promo2.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/reorder.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/promo_codes.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/bonus_codes.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/ipreport.lasso
infodeli/vectrapromo_public_html5/public_html/wp-includes/lasso/gen_all.lasso

**File**

infodeli/bivi/bimarketingservices_ls/LS/reports/printorders.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/left.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/metrics_products.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/orders_detail_loc.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/left.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/right.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/left.inc.lasso
infodeli/bivi/bimarketingservices_ls/LS/code/orders_detail_loc.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/index_BLANK_Records_Logins.lasso
infodeli/bivi/bimarketingservices_ls/LS/templates/master.tpl_BKU.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/BILIT_login.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_search.page.lasso
infodeli/bivi/bimarketingservices_ls/LS/pages/metricsproducts.page copy.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_addresp.code.lasso
infodeli/bivi/bimarketingservices_ls/LS/includes/exceptions.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/inventorytracking.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/inventory_tracking.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_grouped.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_max_order.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/courier.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_digital_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/index.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsproducts.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_print_digest.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_premium_order.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/help.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/contact.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsproducts.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/notify.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_admin.tpl.lasso

infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl_FULL.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master_print.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/division.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_cattle_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_pet_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_equine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_swine_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/ship_method.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/site_config.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout4.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/templates/master.tpl.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/home.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout3.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/hits-detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_update.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_edit_map.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/detail-login.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/cart.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/cart.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsuserspromo.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/secure.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/featured_detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail-login.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/login_check.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/featured_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/panel_config.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits-login.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/detail.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/hits.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout5.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_up.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_inventory_li_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_notification.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_order_li_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail_ext.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/passloss.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout2.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_up_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_all.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products_id.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/add_all.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_sheep-goat_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_bku.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsclinicspromos.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/about.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_user.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_add_recipient.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/header.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_poultry_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_list.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout2.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/featured_companion_list.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/panel_config.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsusers.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/checkout4.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/navigation2.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/checkout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/emaildownload_print.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/signout.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricsuserspromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_addresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.dis.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/booth.inc.lasso

infodeli/ceva.fulfillmentstore.com/public_html/code/panels_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/types.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_products_by_group.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_upresp.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsclinicspromos.page copy.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_up.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/update_button.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_list.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/users.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/Lit_login.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/categories.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/reports/metricssalespromo.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/products_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricssalespromos.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metricsusers.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_upresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/orders_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/users_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/products.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_up.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/recipients_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_all.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics_orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_detail.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/orders_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/metrics-orders.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/email_products_add.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_up.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/users_addresp.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/includes/metrics_orders.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_search.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/booth_all.code.lasso

infodeli/ceva.fulfillmentstore.com/public_html/includes/department.inc.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/order_li_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/code/products_search.code.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/order_li_add.page.lasso
infodeli/ceva.fulfillmentstore.com/public_html/pages/recipients_up.page.lasso

# Exhibit C

EMS-CEVA-BY-FILE

**File**

marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimport.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Model/Type/Geo.php

ceva-source/wri-ceva-marketing/skin/frontend/base/default/js/onepagecheckout.js

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/controllers/IndexController.php

ceva-source/wri-ceva-marketing/skin/frontend/default/default/VS/js/fancybox/jquery.fancybox-1.3.4.js

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Observer.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/css3-mediaqueries.js

marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexport.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer.php

ceva-source/wri-ceva-marketing/skin/adminhtml/default/indigo/js/jscolor/jscolor.js

marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/multi-store export/Productexport.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Advancedcustomerimportexport/Model/Convert/Parser/Customerexport.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.custom-scrollbar.js

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Advancedcustomerimportexport/Model/Convert/Adapter/Customerimport.php

ceva-source/wri-ceva-marketing/js/searchabledropdown/jquery.searchabledropdown-1.0.8.js

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/script.js

ceva-source/wri-ceva-marketing/skin/frontend/indigo/default/js/script.js

magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Tax.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/controllers/ListController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Helper/Url.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Csv.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/tm/ajaxsearch.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Csv.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/cloud-zoom.1.0.2.js

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Cssgenerate.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Xml.php

marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Abstractcsv.php

marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/ManageController.php

ceva-source/wri-ceva-marketing/js/meanbee/tinymce5/setup.js

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Main.php

marketing/app/code/local/AW/Ordertags/controllers/Adminhtml/ManagetagsController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Top.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Observer.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Customer/Fields.php
ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Highrise.php
magento_1.8.0/app/code/core/Mage/Weee/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Item.php
marketing/app/code/local/Amasty/Groupcat/controllers/Adminhtml/RuleController.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/controllers/IndexController.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverPrice.php
ceva-source/wri-ceva-marketing/js/amasty/amshopby/amshopby.js
ceva-source/wri-ceva-marketing/js/amasty/amshopby/amshopby-ajax.js
marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Profile.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Helper/Mysql4/Install.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Observer.php
ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskupricegrouppriceonly.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/Block/Jsinit.php
ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Sage.php
ceva-source/wri-ceva-marketing/js/backorder/bundled.js
marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Attribute.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Sales/Order/Grid.php
marketing/app/code/local/Meigee/ThemeOptionsIndigo/sql/themeoptionsindigo_setup/mysql4-install-0.1.0.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Observer.php
marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/PageController.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/controllers/Smtp/TestController.php
marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/RelationController.php
ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.easing.js
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Edit/Form.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/CategoriesEnhanced/Block/Html/Topmenu.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/Block/Additional/Website.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/List.php
ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskupriceonly.php
marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tab/General.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Rule/Condition/Order/Params.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Feed.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Local.php
magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Subtotal.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Advanced.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexporttierpricesonly.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimporttierpricesonly.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskupricegrouppriceonly.php

marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/FilterController.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Depends.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskupriceonly.php

ceva-source/wri-ceva-marketing/js/amasty/amfile/admin.js

marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Extensions.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Controller/Router.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Options.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Helper/Utils.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Helper/Data.php

marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Price14ce.php

ceva-source/wri-ceva-marketing/app/code/local/Mage/Customer/Block/Form/Register.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/Block/System/Store/Tree.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskucategoryids.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Ftp.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Sftp.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price17.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskuqty.php

marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Categoryaccess.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Decimal.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Decimal.php

marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Importfields.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Helper/Data.php

marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Category.php

marketing/app/code/local/Meigee/CategoriesEnhanced/sql/categoriesenhanced_setup/mysql4-install-0.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price13.php

ceva-source/wri-ceva-marketing/js/backorder/lightbox.js

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Helper/Data.php

marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses.php

marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Price17ce.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Observer.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Rmdmo.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Value/Edit/Form.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Sales/Order/Create/Customer/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Reports.php

magento_1.8.0/skin/frontend/default/iphone/js/iphone.js

marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Abstract.php

marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Selectimg.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Bjalcommon/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Base/Model/Feed.php

marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Restriction.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Feed/Updates.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Managetags.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Feed/Extensions.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Page.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Attribute.php

magento_1.8.0/app/code/core/Mage/Tax/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Rule.php

magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Entity/Product.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Helper/Attributes.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Mysql4/Config.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price.php

marketing/app/code/local/My/Addresses/controllers/Adminhtml/ManageController.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Rule/Collection.php

marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Multiselectimg.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Rule/Condition/Combine.php

ceva-source/wri-ceva-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Royalty.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Orderidtotagid.php

marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Boolean.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/script_ie.js

marketing/app/code/local/Amasty/Perm/controllers/Adminhtml/PermController.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Email/Template.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/controllers/Sales/Order/ExportController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Customer/Grid.php

marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Productaccess.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/controllers/Adminhtml/IconController.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/RestoreController.php

marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/RangeController.php

marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Sales/Order/View/Info.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Decimal.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/List.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Eav/Mysql4/Entity/Attribute.php

ceva-source/wri-ceva-marketing/js/backorder/configurable.js

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Onepage/Billship.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Entity/Attribute.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Resource/Attribute.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskuqty.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Relation.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Perm.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Helper/Payment.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Stock.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Form.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Tab/Main.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Helper/Versions.php

marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Mapping/Abstract.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Sales/Order/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/Block/CategoryList.php

marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Edit/Form.php

marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Cron.php

marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Sales/Order/Grid/Column/Renderer/Options.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskucategoryids.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Newproducts.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Saleproducts.php

marketing/app/code/local/CommerceExtensions/Productimportexport/controllers/System/Convert/GuiController.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Addresses.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Cron.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Block/Additional/System.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Feed.php

marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Vatexempt.php

marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/ValueController.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Feed.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverProduct.php

magento_1.8.0/app/code/core/Mage/Weee/Block/Renderer/Weee/Tax.php

marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tab/Main.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Details.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/ActivationController.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Filter.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation/CNPJ.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Patern.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Productlayout.php

ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/Model/Mysql4/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Source/Updates/Type.php

ceva-source/wri-ceva-marketing/app/code/local/My/Addresses/controllers/AjaxsearchController.php

marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Custom.php

marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tab/Conditions.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Collateral.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Checkout/Type/Onepage.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Rut.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Relatedpos.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Quote/Weee.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Report/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Helper/Data.php

1.6.2.0.2.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Block/Additional/Main.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Slider.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation/CPF.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Relation.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Type.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Base/Block/Extensions.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Images.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Cron/Frequency.php

ceva-source/wri-ceva-marketing/app/code/local/My/Carriers/Model/Carrier.php

marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Module.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverCategory.php

marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Featuredcategory.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/File.php

ceva-source/wri-ceva-marketing/skin/frontend/default/default/VS/js/fancybox/jquery.easing-1.3.pack.js

marketing/app/code/local/Amasty/Customerattr/controllers/AttachmentController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Sidebar.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Perm.php

magento_1.8.0/app/code/core/Mage/SalesRule/Model/Validator.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Restore/Edit/Form.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit/Form.php

marketing/app/code/local/Bluejalappeno/Orderexport/Block/Adminhtml/Sales/Order/Options.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Images.php

ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Source/Positions.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Product.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Feed/Abstract.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Imagessmall.php

magento_1.8.0/app/code/core/Mage/Bundle/Model/Product/Price.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Patern.php

ceva-source/wri-ceva-marketing/app/code/local/AW/All/Block/Notification/Window.php 1.0.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Eav/Model/Attribute/Data/Datetime.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Tax.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation/Rule.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Restore.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Activation.php

ceva-source/wri-ceva-marketing/app/code/local/Kaa13/Cache/Model/Observer.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.mousewheel.js

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Font.php

marketing/app/code/local/Amasty/File/Block/Adminhtml/Catalog/Product/Edit/Tab/File.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/data/productimportexport_setup/data-install-0.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Pager.php

1.0.1.php
marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Mapping/Fields.php
marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Orderattributes.php
marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Defaultvalues.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/File/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Html/Topmenu.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Base/Model/Source/Updates/Type.php
marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Grid.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/Model/Observer.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Stock.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Grid.php
marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tabs.php
marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/General.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer.php
ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/ajaxwishlist.js
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Observer.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Log/Grid.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Model/Observer.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/File.php
marketing/app/code/local/Bluejalappeno/Orderexport/Block/Adminhtml/Widget/Grid/Column/Filter/Select.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price.php
ceva-source/wri-ceva-marketing/js/VS/ajaxtoolbar.js
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-install-1.0.0.php
marketing/app/code/local/Amasty/File/controllers/Adminhtml/ActionsController.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Images.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Subcategories.php
magento_1.8.0/app/code/core/Mage/Core/Model/Store.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Report/Report/Grid.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Source/Dealstatuses.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Grid.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Activation.php
ceva-source/wri-ceva-marketing/app/code/local/core/Mage/Page/Block/Html/CookieNotice.php
marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Attributes.php
ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Helper/Data.php
magento_1.8.0/app/code/core/Mage/Shipping/Model/Carrier/Tablerate.php
ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.ui.totop.js
ceva-source/wri-ceva-marketing/app/code/core/Mage/Weee/Model/Config/Source/Fpt/Tax.php

magento_1.8.0/app/code/core/Mage/Directory/Model/Currency.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Email/Log.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Helper/Data.php

marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Quantity.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/data/productimportexport_setup/data-upgrade-0.2.0-0.3.0.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Block/Jsinit.php

magento_1.8.0/app/code/core/Mage/Bundle/Block/Catalog/Product/View/Type/Bundle.php

magento_1.8.0/app/code/core/Mage/PaypalUk/Model/Api/Nvp.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Email.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Grid/Renderer/Type.php

1.0.0.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Activation/Edit/Form.php

marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Form.php

marketing/app/code/local/AW/Ordertags/Model/System/Config/Backend/Image.php

ceva-source/wri-ceva-marketing/js/VS/ajaxwishlist.js

magento_1.8.0/app/code/core/Mage/Payment/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Mysql4/Exported.php

marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Window/Element/Render/Tags.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Empty.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Form/Element/File.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Order/Status.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tabs.php

marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Additional.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tabs.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Adminhtml/Customer/Edit/Tab.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Easing.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/PaypalUk/Model/Api/Express/Nvp.php

1.6.0.1-1.6.0.2.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tabs.php

1.3.4.pack.js

marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Tab/General.php

marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Permissions/User/Edit/Tabs.php

marketing/app/code/local/Bluejalappeno/Orderexport/Model/Mysql4/Exported/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Exported.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.fancybox.pack.js

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/controllers/Adminhtml/ManageController.php
ceva-source/wri-ceva-marketing/js/tm/adminhtml/core/window.js
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Edit.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Product/List/Toolbar.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Category.php
marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Grid/Column/Renderer/Image.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverCategoryHide.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation.php
marketing/app/code/local/Meigee/CategoriesEnhanced/sql/categoriesenhanced_setup/mysql4-upgrade-0.1.0-1.1.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Featured.php
marketing/app/code/local/Xtento/XtCore/Model/System/Config/Source/Carriers.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Edit/Form.php
ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.iosslider.min.js
marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Quantities/Grid.php
marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tab/Values.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Helper/Image.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tabs.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/controllers/Adminhtml/FileController.php
magento_1.8.0/app/code/core/Mage/Customer/Model/Address/Abstract.php
marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Debug.php
1.2.1-1.3.0.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Rule.php
marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Resource/Eav/Mysql4/Setup.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/File.php
ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Status.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Helper/Message.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Helper/Group.php
marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Resource/Eav/Mysql4/Setup.php
marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Serialized/Array.php
magento_1.8.0/app/code/core/Mage/Weee/Model/Observer.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Catalog/Product/Grid.php
magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/Price.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/controllers/IndexController.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Retina.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Mysql4/Item/Collection.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Item.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Icon.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Nickname.php

1.6.0.0.2.php
marketing/app/code/local/AW/Ordertags/Model/Mysql4/Managetags/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit.php
marketing/app/code/local/Amasty/Groupcat/Model/ObserverRelatedProductHide.php
1.2.0.php
marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Customer/Edit/Tab/Account.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Configupdate.php
ceva-source/wri-ceva-marketing/app/code/core/Mage/PaypalUk/Model/Express/Pro.php
ceva-source/wri-ceva-marketing/app/code/core/Mage/Customer/data/customer_setup/data-upgrade-1.6.2.0.2-1.6.2.0.3.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Menu.php
magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/CustomerController.php
ceva-source/wri-ceva-marketing/app/code/core/Mage/Core/sql/core_setup/upgrade-1.6.0.3-1.6.0.4.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/Helper/Config.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Adminhtml/Customer/Edit/Tabs.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Basesmtp.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/controllers/AdditionalController.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Info.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Edit.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Adminhtml/Test.php
0.1.0.php
marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Relation/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/Model/Mysql4/Product/Collection.php
marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Store.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Configupdate.php
magento_1.8.0/app/code/core/Mage/Paypal/Model/Api/Nvp.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Helper/Data.php
1.0.1-1.2.1.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Details.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Value/Collection.php
marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Run.php
marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.5.0-3.0.0.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Observer/Cron.php
ceva-source/wri-ceva-marketing/app/code/core/Mage/Eav/sql/eav_setup/upgrade-1.6.0.0-1.6.0.1.php
1.3.1-1.3.2.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Issuetype.php
magento_1.8.0/skin/frontend/base/default/js/bundle.js
marketing/app/code/local/Amasty/File/controllers/Adminhtml/ReportController.php
marketing/app/code/local/Amasty/Groupcat/controllers/Adminhtml/ProductsController.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverNavigation.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Attribute.php
ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Managetags.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/controllers/Smtp/LogController.php
magento_1.8.0/app/code/core/Mage/Tax/Block/Adminhtml/Notifications.php
magento_1.8.0/app/code/core/Mage/Core/Block/Abstract.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Config.php
magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation/Rate.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Gfont.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Item.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Filter/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Form.php
marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/Multiselect.php
ceva-source/wri-ceva-marketing/app/code/local/AW/Ordertags/Helper/Config.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Sendgrid.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Email/Log.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Smtp.php
ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Observer/Event.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit.php
marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/SearchAttributes.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Restrictions.php
1.3.0-1.3.1.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/sql/amlist_setup/mysql4-install-1.0.0.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Google.php
magento_1.8.0/app/code/core/Mage/Reports/Model/Resource/Report/Abstract.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Addresscandidates.php
ceva-source/wri-ceva-marketing/app/code/local/AW/All/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/All/controllers/Adminhtml/SupportController.php
marketing/app/code/local/Amasty/Customerattr/controllers/GroupSelectorController.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Helper/Page.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/GroupSelectorController.php
ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Ses.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Form.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Product.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Mysql4/List.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Additional.php
marketing/app/code/local/Amasty/Shopby/Model/Mysql4/CatalogIndex/Data/Configurable.php
marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Store.php
marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Core/Email/Template.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Tabs.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Server.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Price.php

marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid/Renderer/Stores.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Filter.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Stat.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Entity/Customer.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Frequency.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Tabs.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Helper/Data.php

marketing/app/code/local/Amasty/File/Block/Adminhtml/Catalog/Product/Tab/File.php

marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Field/Heading.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Resource/Customer.php

magento_1.8.0/app/code/core/Mage/Checkout/Helper/Data.php

magento_1.8.0/downloader/Maged/Controller.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Tax/RuleController.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Feed/Source/Updates/Type.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Value/Edit.php
1.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Model/Service/Quote.php

magento_1.8.0/app/code/core/Mage/Checkout/controllers/MultishippingController.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Resource/Calculation/Rule.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Icon.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Model/Rewrite/Crontest.php

marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Summaryfrequency.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Enabled.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Log/View.php

magento_1.8.0/app/code/core/Mage/Eav/Model/Entity/Attribute/Backend/Time/Created.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/View.php

marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Adapter.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.0.0-5.0.1.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Items.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/IndexController.php

marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Manualrun.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Category.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/controllers/IndexController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Grid/Renderer/Boolean.php

marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Details/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Block/Adminhtml/Notification/Modal.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Base/Block/Store.php

marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Servername.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Mysql4/Item.php

marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Manual.php

magento_1.8.0/app/code/core/Mage/Tax/Model/System/Config/Source/Tax/Region.php

magento_1.8.0/app/code/core/Mage/Page/Block/Html/Breadcrumbs.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Catalog/ProductController.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Helper/Core.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Filter/Multiselect.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Report/Report.php 1.0.1.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Images.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Options.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Upload.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Base/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Observer.php

marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Option.php 2.0.0-2.0.1.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Feed.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Model/Paypal/Config.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Productpagelayout.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Description.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Authentication.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Responsiveness.php

marketing/app/code/local/Amasty/Customerattr/Model/System/Config/Source/Attributes.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Creditmemo/Weee.php

magento_1.8.0/app/code/core/Mage/Core/Model/Locale.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Email/Template.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Log.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Templates.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Form.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Modes.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Collateral.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid/Renderer/Label.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Canonical.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Agreements.php

marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Ratio.php

marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Ssl.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Category/Start.php

marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Abstract.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/sql/iwdall_setup/mysql4-install-1.0.0.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid/Renderer/Code.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Relatedpos.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Maptype.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Store.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/TickerDirection.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Cartpage.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Layout.php

1.2.5.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Languageswitcher.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Moreviews.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Mysql4/Notification.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Sitelayout.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Renderer/Dealer.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Block/Index.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Related.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Login.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Category.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Currencyswitcher.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Import/Mode.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Registration.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Slidertype.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Fontreplacement.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Zoom.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Number.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/File.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Rollovertype.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Accordionoption.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Prevnext.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Login.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation.php

marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid/Renderer/Methods.php

marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Labels.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/System/Config/Backend/Serialized.php 1.3.3.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/Helper/Filesystem.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Onepage/Link.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Controller/Observer.php

marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Quantities.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/CatalogIndex/Indexer.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Exported.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute.php

ceva-source/wri-ceva-marketing/app/code/local/Bluejalappeno/Orderexport/sql/orderexport_setup/mysql4-install-1.0.1.php

magento_1.8.0/js/mage/adminhtml/sales.js

magento_1.8.0/app/code/core/Mage/Core/functions.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Csv.php

ceva-source/wri-ceva-marketing/js/amasty/amgroupcat/restriction.js

ceva-source/wri-ceva-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Xml.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Activation/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Adminhtml/Table.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/UpdatecartController.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Links.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Notification.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/controllers/Adminhtml/MessageController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Renderer/Icon.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/RegisterController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Form.php

marketing/app/code/local/Xtento/OrderStatusImport/controllers/Adminhtml/Orderstatusimport/DebugController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Options.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Restore/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/sql/amgroupcat_setup/mysql4-upgrade-1.0.0-1.0.1.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Page/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Stat.php

marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Importfield.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Form.php

marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/LoginController.php

magento_1.8.0/app/code/core/Mage/CatalogSearch/Helper/Data.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/Order/CreateController.php

1.2.8.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Specialchar.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Form.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Edit.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Mysql4/List/Collection.php

marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Quantity/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter.php

1.4.3-1.4.4.php

ceva-source/wri-ceva-marketing/js/iwd/all/adminhtml/notification.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Slider.php

marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/Sortby.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Source/Position.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Sociallinks.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Tweets.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule.php

magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/Abstract.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Item/Abstract.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo.php

magento_1.8.0/app/code/core/Mage/ProductAlert/Block/Email/Abstract.php

ceva-source/wri-ceva-marketing/app/code/local/My/RedirectToHome/Model/Observer.php

magento_1.8.0/app/code/core/Mage/Paypal/Model/Cart.php

marketing/app/code/local/IWD/OnepageCheckout/Adminhtml/Model/System/Config/Source/AddressOptions.php

marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Catalog/Product/Flat/Indexer.php

1.0.0.php

2.2.0-2.2.1.php

marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/Boolean.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Search/Layer/Filter/Attribute.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Disabled.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-4.2.0-5.0.0.php

1.2.4-1.2.5.php

magento_1.8.0/app/code/core/Mage/Page/Block/Template/Links.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Tax/Rate/Form.php

magento_1.8.0/app/code/core/Mage/GoogleAnalytics/Block/Ga.php

magento_1.8.0/app/code/core/Mage/Core/Helper/Cookie.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Resource/Order/Status/Collection.php

marketing/app/code/local/IWD/OnepageCheckout/Adminhtml/Model/System/Config/Source/AgreementOptions.php

marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Email/Log/Collection.php

marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-install-0.2.1.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.1.5-1.3.0.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.1.1-1.1.2.php

ceva-source/wri-ceva-marketing/skin/adminhtml/default/indigo/js/jscolorsetup.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/controllers/FileController.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.5-5.1.6.php

3.0.4.pack.js

magento_1.8.0/downloader/Maged/Model/Session.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.6-5.1.7.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui.php

1.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses.php

1.2.9.php

2.3.0-2.3.1.php

ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/Sortorder.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Message.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Indexes.php

ceva-source/wri-ceva-marketing/app/code/local/Xtento/XtCore/sql/xtcore_setup/mysql4-install-1.0.0.php

marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Extensions.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Relation.php

2.2.1-2.2.2.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/controllers/Adminhtml/IndexController.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Store/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Visible.php

2.0.5-2.0.6.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/sql/amgroupcat_setup/mysql4-upgrade-1.0.2-1.0.3.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Observer.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.2-5.1.3.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.4.0-2.5.0.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Store.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Range.php

2.3.2-2.3.3.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Store.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-3.0.0-4.0.0.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/Adminhtml/System/Convert/Gui/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Store.php

magento_1.8.0/app/code/core/Mage/GoogleCheckout/Model/Payment.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order.php

magento_1.8.0/app/code/core/Mage/GoogleAnalytics/Helper/Data.php

magento_1.8.0/app/code/core/Mage/Wishlist/Controller/Abstract.php

magento_1.8.0/app/code/core/Mage/Customer/Model/Address.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Value.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/Adminhtml/System/Convert/Profile/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Helper/Url.php

marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses/Grid/Renderer/Defaultshipping.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Stat/Collection.php

marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses/Grid/Renderer/Defaultbilling.php

1.4.5-1.4.6.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.isotope.min.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Store.php

2.0.9-2.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Page.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.3.3-0.3.4.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Setup.php

marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Category/Collection.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Range.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Perm/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Message/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Block/System/Config/Form/Fieldset/Store.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/List/Model/Session.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Store/Collection.php
2.1.0-2.1.1.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Product/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Value.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Message.php
ceva-source/wri-ceva-marketing/js/aw_all/aw_all.js
ceva-source/wri-ceva-marketing/app/code/local/Meigee/CategoriesEnhanced/Helper/Data.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Icon/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Range/Collection.php
ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/File.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Item.php
magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Shipping.php
magento_1.8.0/app/code/core/Mage/CatalogInventory/Model/Observer.php
magento_1.8.0/app/code/core/Mage/Payment/Model/Method/Abstract.php
magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Invoice/Weee.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Boolean.php
ceva-source/wri-ceva-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Helper/Data.php
marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Quantity.php
1.1.0.php
1.2.8-1.3.0.php
marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit/Renderer/Filemultiple.php
2.0.8-2.0.9.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Mysql4/Notification/Collection.php
1.2.0.php
1.4.7-2.0.0.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Dob.php
ceva-source/wri-ceva-marketing/js/iwd/all/bootstrap.min.js
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo/Total/Tax.php
magento_1.8.0/app/code/core/Mage/Tax/Block/Sales/Order/Tax.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Sales/Order/Create.php
magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Proxy/Product.php
magento_1.8.0/downloader/Maged/View.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Shipment/Track.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit.php
1.2.3-1.2.4.php
1.2.1.php
ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Name.php
1.4.6-1.4.7.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Wizard.php

1.2.1.php

1.4.0-1.4.1.php

1.3.4.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Gender.php

1.3.5.php

1.3.3.php

1.0.1.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Taxvat.php

2.0.6-2.0.7.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Filter/Attribute.php

1.2.6-1.2.7.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Config.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/File/Model/Mysql4/Setup.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/My/Addresses/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-install-1.0.1.php

magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Entity/Product/Type/Abstract.php

magento_1.8.0/app/code/core/Mage/Bundle/Block/Catalog/Product/View/Type/Bundle/Option.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Payment.php

magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/View.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Invoice/Total/Discount.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/OrderController.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Widget/Form.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/Order/StatusController.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.3.0-2.4.0.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.0.1-1.0.5.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.2.0-2.3.0.php

ceva-source/wri-ceva-marketing/js/amasty/ambase/store.js

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/sql/productimportexport_setup/mysql4-install-0.1.0.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Quantity.php

marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.0.9-1.1.0.php

magento_1.8.0/app/code/core/Mage/Core/Model/Resource/Design.php

magento_1.8.0/app/code/core/Mage/Usa/Model/Shipping/Carrier/Fedex.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Api.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.3.2-0.3.3.php

ceva-source/wri-ceva-marketing/js/iwd/all/jquery-ui-1.10.3.min.js

magento_1.8.0/js/prototype/prototype.js

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tabs.php

magento_1.8.0/app/code/core/Mage/Review/controllers/ProductController.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/selectivizr-min.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Right.php

ceva-source/wri-ceva-marketing/app/code/local/TM/AjaxSearch/Helper/Data.php

ceva-source/wri-ceva-marketing/js/iwd/all/jquery-1.10.2.min.js

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View/Right.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Top.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View/Top.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Invoice/Total/Subtotal.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Review/Rating/Detailed.php

magento_1.8.0/app/code/core/Mage/Customer/controllers/AccountController.php

magento_1.8.0/app/code/core/Mage/Checkout/controllers/CartController.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Setup.php

magento_1.8.0/app/code/core/Mage/Catalog/controllers/Product/CompareController.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.3-0.2.4.php

marketing/app/code/local/CommerceExtensions/Productimportexport/Helper/Data.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.backstretch.min.js

magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Sales/Order/Create.php

magento_1.8.0/app/code/core/Mage/Core/Model/Design/Package.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/System/DesignController.php

magento_1.8.0/cron.php

ceva-source/wri-ceva-marketing/js/meigee/jquery.min.js

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/html5.js

1.0.0.php

ceva-source/wri-ceva-marketing/app/code/local/IWD/All/Model/Mysql4/Setup.php

magento_1.8.0/index.php

magento_1.8.0/app/code/core/Mage/Catalog/Model/Resource/Product/Status.php

magento_1.8.0/app/code/core/Mage/Tax/Block/Checkout/Tax.php

magento_1.8.0/app/code/core/Mage/Api/Model/Server/Adapter/Soap.php

magento_1.8.0/app/code/core/Mage/Paypal/Model/Method/Agreement.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Account.php

magento_1.8.0/app/code/core/Mage/CatalogRule/Model/Rule/Condition/Product.php

magento_1.8.0/app/code/core/Mage/Checkout/Block/Cart/Item/Renderer.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Addresses.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo/Total/Discount.php

roller.php

magento_1.8.0/app/code/core/Mage/Cms/Model/Resource/Page.php

ceva-source/wri-ceva-marketing/js/searchabledropdown/jquery.searchabledropdown-1.0.8.min.js

magento_1.8.0/app/code/core/Mage/PaypalUk/Model/Express.php

magento_1.8.0/app/code/core/Mage/Catalog/Model/Resource/Product/Indexer/Eav/Source.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Address/Total/Shipping.php

magento_1.8.0/app/Mage.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Customer/Renderer/Region.php

magento_1.8.0/app/code/core/Mage/Catalog/Helper/Product/Compare.php

magento_1.8.0/app/code/core/Mage/Sales/Block/Guest/Links.php

magento_1.8.0/app/code/core/Mage/Paypal/controllers/IpnController.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Customer/Wishlist/Product/Composite/WishlistController.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Store.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid.php

magento_1.8.0/js/varien/form.js

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Website.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Group.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/cloud-zoom.1.0.2.min.js

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/jquery.selectbox-0.2.min.js

**File**

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimport.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Model/Type/Geo.php

bivi-source/wri-bivi-marketing/skin/frontend/base/default/js/onepagecheckout.js

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/controllers/IndexController.php

bivi-source/wri-bivi-marketing/ShippingZClasses.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.fancybox-1.3.4.js

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Observer.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/css3-mediaqueries.js

bivi-source/wri-bivi-marketing/ShippingZMagento.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexport.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer.php

bivi-source/wri-bivi-marketing/skin/adminhtml/default/indigo/js/jscolor/jscolor.js

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/multi-store export/Productexport.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Advancedcustomerimportexport/Model/Convert/Parser/Customerexport.php

bivi-source/wri-bivi-marketing/ShippingZMagento_Test_Api.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.custom-scrollbar.js

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Advancedcustomerimportexport/Model/Convert/Adapter/Customerimport.php

bivi-source/wri-bivi-marketing/js/searchabledropdown/jquery.searchabledropdown-1.0.8.js

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/script.js

bivi-source/wri-bivi-marketing/skin/frontend/indigo/default/js/script.js

magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Tax.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/controllers/ListController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Helper/Url.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Csv.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/tm/ajaxsearch.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View.php

bivi-source/wri-bivi-marketing/app/code/local/BIuejalappeno/Orderexport/Model/Export/Csv.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/default/js/cloud-zoom.1.0.2.js

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/cloud-zoom.1.0.2.js

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Cssgenerate.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Xml.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Abstractcsv.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/ManageController.php

bivi-source/wri-bivi-marketing/js/meanbee/tinymce5/setup.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Main.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/controllers/Adminhtml/ManagetagsController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Top.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Customer/Fields.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Highrise.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Observer.php

magento_1.8.0/app/code/core/Mage/Weee/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Item.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/controllers/Adminhtml/RuleController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/controllers/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverPrice.php

bivi-source/wri-bivi-marketing/js/amasty/amshopby/amshopby.js

bivi-source/wri-bivi-marketing/js/amasty/amshopby/amshopby-ajax.js

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Helper/Mysql4/Install.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Profile.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskupricegrouppriceonly.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/Jsinit.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Sage.php

bivi-source/wri-bivi-marketing/js/backorder/bundled.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Sales/Order/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/sql/themeoptionsindigo_setup/mysql4-install-0.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/PageController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/RelationController.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/controllers/TestController.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.easing.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyimg.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Block/Html/Topmenu.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/Additional/Website.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/List.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskupriceonly.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tab/General.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Rule/Condition/Order/Params.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Feed.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Local.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Subtotal.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Advanced.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexporttierpricesonly.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskupricegrouppriceonly.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimporttierpricesonly.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/FilterController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Depends.php

bivi-source/wri-bivi-marketing/js/amasty/amfile/admin.js

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskupriceonly.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Controller/Router.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Extensions.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Options.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyoptions.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Helper/Utils.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Price14ce.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskucategoryids.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Adminhtml/Block/System/Store/Tree.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Ftp.php

bivi-source/wri-bivi-marketing/app/code/local/Mage/Customer/Block/Form/Register.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Sftp.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price17.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Relate.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexportskuqty.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Categoryaccess.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addcategory.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Decimal.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Decimal.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Importfields.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Category.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/sql/categoriesenhanced_setup/mysql4-install-0.1.0.php

bivi-source/wri-bivi-marketing/ShippingZSimulator.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Products/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price13.php

bivi-source/wri-bivi-marketing/js/backorder/lightbox.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Grid.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Helper/Block.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifyprice.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Price17ce.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Observer.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Value/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Rmdmo.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Sales/Order/Create/Customer/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Reports.php

magento_1.8.0/skin/frontend/default/iphone/js/iphone.js

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Selectimg.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/ProductObserver.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Bjalcommon/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Model/Feed.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Restriction.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Managetags.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Feed/Updates.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Feed/Extensions.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Page.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Attribute.php

magento_1.8.0/app/code/core/Mage/Tax/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Rule.php

magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Entity/Product.php

bivi-source/wri-bivi-marketing/ShippingZSettings.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Helper/Attributes.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/controllers/Adminhtml/ManageController.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Mysql4/Config.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Price.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Multiselectimg.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Rule/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Rule/Condition/Combine.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Grid.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/script_ie.js

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Orderidtotagid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Royalty.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Data/Form/Element/Boolean.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/controllers/Adminhtml/PermController.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Email/Template.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/controllers/Sales/Order/ExportController.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Customer/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/controllers/Adminhtml/IconController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Productaccess.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/RestoreController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/RangeController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Rewrite/Sales/Order/View/Info.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Decimal.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/List.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Eav/Mysql4/Entity/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Onepage/Billship.php

bivi-source/wri-bivi-marketing/js/backorder/configurable.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Relation.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Resource/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Entity/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskuqty.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Stock.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Tab/Main.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Scope.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Form.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Perm.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Helper/Payment.php
bivi-source/wri-bivi-marketing/app/code/local/AW/All/Helper/Versions.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Mapping/Abstract.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Sales/Order/Grid.php
bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Block/CategoryList.php
bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Cron.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyattr.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Sales/Order/Grid/Column/Renderer/Options.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Edit/Form.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Newproducts.php
bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimportskucategoryids.php
bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/controllers/System/Convert/GuiController.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Saleproducts.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Cron.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Addresses.php
bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/Additional/System.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Unrelate.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Feed.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Vatexempt.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Feed.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/controllers/Adminhtml/ValueController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverProduct.php
magento_1.8.0/app/code/core/Mage/Weee/Block/Renderer/Weee/Tax.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tab/Main.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Details.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Removeimg.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Filter.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/ActivationController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Patern.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Productlayout.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/System/Config/Switcher.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation/CNPJ.php
bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Model/Mysql4/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Source/Updates/Type.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Custom.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tab/Conditions.php
bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/controllers/AjaxsearchController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Rut.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Relatedpos.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Checkout/Type/Onepage.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Collateral.php
magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Quote/Weee.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Filter/Store.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Helper/Data.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Report/Collection.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Customer/sql/customer_setup/upgrade-1.6.2.0.1-1.6.2.0.2.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Type.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/Additional/Main.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation/CPF.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Relation.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Attribute/Source/Slider.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit.php


bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Cron/Frequency.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tab/Images.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Block/Extensions.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverCategory.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/File.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/My/Carriers/Model/Carrier.php


bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Featuredcategory.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Module.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/controllers/AttachmentController.php


bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.easing-1.3.pack.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Sidebar.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Perm.php

magento_1.8.0/app/code/core/Mage/SalesRule/Model/Validator.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Restore/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Block/Adminhtml/Sales/Order/Options.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit/Form.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Changeattributeset.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Product.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Feed/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Imagessmall.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Images.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Source/Positions.php

magento_1.8.0/app/code/core/Mage/Bundle/Model/Product/Price.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Eav/Model/Attribute/Data/Datetime.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Patern.php


bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-install-1.0.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/Notification/Window.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Tax.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Catalog/Product/Edit/Tab/File.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Restore.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Font.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Activation.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.mousewheel.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Pager.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-upgrade-1.0-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/data/productimportexport_setup/data-install-0.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/File/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Defaultvalues.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Orderattributes.php

bivi-source/wri-bivi-marketing/ShippingZMessages.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Products.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Processor/Mapping/Fields.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Html/Topmenu.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Model/Source/Updates/Type.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Stock.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/General.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/ajaxwishlist.js

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Block/Adminhtml/Widget/Grid/Column/Filter/Select.php

bivi-source/wri-bivi-marketing/js/VS/ajaxtoolbar.js

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Block/Log/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/File.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Subcategories.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/controllers/Adminhtml/ActionsController.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Images.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-install-1.0.0.php

magento_1.8.0/app/code/core/Mage/Core/Model/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Report/Report/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Activation.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Page/Block/Html/CookieNotice.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Attributes.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Source/Dealstatuses.php

magento_1.8.0/app/code/core/Mage/Shipping/Model/Carrier/Tablerate.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.ui.totop.js

bivi-source/wri-bivi-marketing/app/code/core/Mage/Weee/Model/Config/Source/Fpt/Tax.php

magento_1.8.0/app/code/core/Mage/Directory/Model/Currency.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Email/Log.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Delete.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Quantity.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/data/productimportexport_setup/data-upgrade-0.1.0-0.2.0.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/Jsinit.php

magento_1.8.0/app/code/core/Mage/Bundle/Block/Catalog/Product/View/Type/Bundle.php

magento_1.8.0/app/code/core/Mage/PaypalUk/Model/Api/Nvp.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Entities.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Grid/Renderer/Type.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Activation/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Email.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/sql/amgroupcat_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Edit/Form.php

bivi-source/wri-bivi-marketing/js/VS/ajaxwishlist.js

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/System/Config/Backend/Image.php

magento_1.8.0/app/code/core/Mage/Payment/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Window/Element/Render/Tags.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Mysql4/Exported.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/Filter/Empty.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Order/Status.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Form/Element/File.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Additional.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Adminhtml/Customer/Edit/Tab.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Easing.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Permissions/User/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Exported.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Tab/General.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.fancybox.pack.js

bivi-source/wri-bivi-marketing/app/code/core/Mage/PaypalUk/Model/Api/Express/Nvp.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Mysql4/Exported/Collection.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Directory/sql/directory_setup/mysql4-upgrade-1.6.0.1-1.6.0.2.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Categories.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tabs.php


bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/controllers/Adminhtml/ManageController.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.fancybox-1.3.4.pack.js

bivi-source/wri-bivi-marketing/js/tm/adminhtml/core/window.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Product/List/Toolbar.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/sql/amrolepermissions_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/sql/categoriesenhanced_setup/mysql4-upgrade-0.1.0-1.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverCategoryHide.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags/Grid/Column/Renderer/Image.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Category.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Featured.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/System/Config/Source/Carriers.php
bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.iosslider.min.js
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Source/Commands.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/controllers/Adminhtml/FileController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/RoleController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Tabs.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Tab/Values.php
bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Quantities/Grid.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Helper/Image.php
magento_1.8.0/app/code/core/Mage/Customer/Model/Address/Abstract.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/File.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Resource/Eav/Mysql4/Setup.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Serialized/Array.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Helper/Group.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Debug.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-upgrade-1.2.1-1.3.0.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Observer.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Resource/Eav/Mysql4/Setup.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Helper/Message.php
bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Export/Status.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Rule.php
magento_1.8.0/app/code/core/Mage/Weee/Model/Observer.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Catalog/Product/Grid.php
magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/Price.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Icon.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Item.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/controllers/IndexController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Mysql4/Item/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Retina.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Validation/Nickname.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Helper/Menu.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/controllers/Adminhtml/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Customer/Edit/Tab/Account.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverRelatedProductHide.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-upgrade-1.1.0-1.2.0.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Cms/data/cms_setup/data-upgrade-1.6.0.0.1-1.6.0.0.2.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/PaypalUk/Model/Express/Pro.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Configupdate.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Customer/data/customer_setup/data-upgrade-1.6.2.0.2-1.6.2.0.3.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Managetags/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/CustomerController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Block/Adminhtml/Test.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Relation/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Helper/Config.php

bivi-source/wri-bivi-marketing/app/code/core/Mage/Core/sql/core_setup/upgrade-1.6.0.3-1.6.0.4.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Adminhtml/Customer/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Model/Mysql4/Product/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Block/System/Config/Form/Fieldset/Awall/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-install-0.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/controllers/AdditionalController.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Configupdate.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Info.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Basesmtp.php

magento_1.8.0/app/code/core/Mage/Paypal/Model/Api/Nvp.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Block/Adminhtml/Managetags.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Details.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Run.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Value/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-upgrade-1.0.1-1.2.1.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Issuetype.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.5.0-3.0.0.php
bivi-source/wri-bivi-marketing/app/code/core/Mage/Eav/sql/eav_setup/upgrade-1.6.0.0-1.6.0.1.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Observer/Cron.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-upgrade-1.3.1-1.3.2.php
magento_1.8.0/skin/frontend/base/default/js/bundle.js
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Attribute/Source/Admins.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/controllers/Adminhtml/ProductsController.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/controllers/Adminhtml/ReportController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/ObserverNavigation.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Attribute.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Model/Mysql4/Managetags.php
magento_1.8.0/app/code/core/Mage/Tax/Block/Adminhtml/Notifications.php
bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/controllers/LogController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addprice.php
magento_1.8.0/app/code/core/Mage/Core/Block/Abstract.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Config.php
magento_1.8.0/app/code/core/Mage/Tax/Model/Calculation/Rate.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Form.php
bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/Helper/Config.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Filter/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/Multiselect.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Item.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Gfont.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit.php
bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/SearchAttributes.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Restrictions.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Observer/Event.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/sql/amlist_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Smtp.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Google.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Email/Log.php

bivi-source/wri-bivi-marketing/app/code/local/AW/Ordertags/sql/ordertags_setup/mysql4-upgrade-1.3.0-1.3.1.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Sendgrid.php

magento_1.8.0/app/code/core/Mage/Reports/Model/Resource/Report/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/controllers/Adminhtml/GroupSelectorController.php

bivi-source/wri-bivi-marketing/app/code/local/AW/All/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Helper/Page.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/controllers/GroupSelectorController.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/controllers/Adminhtml/SupportController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/ProductsController.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Addresscandidates.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Category/Tree.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Mysql4/List.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Additional.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Ses.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/CatalogIndex/Data/Configurable.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addspecial.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Product.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Server.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Core/Email/Template.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Resource/Customer.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Customer/Entity/Customer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Catalog/Product/Tab/File.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Frequency.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Field/Heading.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Tabs.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Filter.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Price.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid/Renderer/Stores.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Stat.php

magento_1.8.0/app/code/core/Mage/Checkout/Helper/Data.php

magento_1.8.0/downloader/Maged/Controller.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Tax/RuleController.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/sql/smtppro_setup/mysql4-install-1.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Model/Service/Quote.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Feed/Source/Updates/Type.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Value/Edit.php

magento_1.8.0/app/code/core/Mage/Checkout/controllers/MultishippingController.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Resource/Calculation/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Config/Backend/Export/Summaryfrequency.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Block/Log/View.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Model/Rewrite/Crontest.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/View.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Icon.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Enabled.php

magento_1.8.0/app/code/core/Mage/Eav/Model/Entity/Attribute/Backend/Time/Created.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Catalog/ProductController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Source/Direction.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Items.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Catalog/Layer/Filter/Price/Adapter.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.0.0-5.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Manualrun.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Grid/Renderer/Boolean.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/Block/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/controllers/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Manual.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Mysql4/Item.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Details/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/Adminhtml/Notification/Modal.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/RuleController.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Backend/Import/Servername.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Category.php

magento_1.8.0/app/code/core/Mage/Tax/Model/System/Config/Source/Tax/Region.php

magento_1.8.0/app/code/core/Mage/Page/Block/Html/Breadcrumbs.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Helper/Core.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Filter/Multiselect.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/CategoriesController.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Upload.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Options.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/sql/ambase_setup/mysql4-upgrade-1.0.0-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Images.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Report/Report.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Option.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Model/Paypal/Config.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Authentication.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Description.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Productpagelayout.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Responsiveness.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Feed.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/System/Config/Source/Attributes.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.0.0-2.0.1.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Creditmemo/Weee.php

magento_1.8.0/app/code/core/Mage/Core/Model/Locale.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Email/Template.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Block/Log.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/System/Config/Source/Smtp/Ssl.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid/Renderer/Code.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/sql/iwdall_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Templates.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Ratio.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Relatedpos.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Collateral.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/Connection/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Grid/Renderer/Label.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Agreements.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Category/Start.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Canonical.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Modes.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Maptype.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Store.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifyspecial.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addspecialbycost.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifycost.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Sitelayout.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Rollovertype.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Languageswitcher.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Slidertype.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/File.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Accordionoption.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Number.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Mysql4/Notification.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Model/System/Config/Source/Import/Mode.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Registration.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Currencyswitcher.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Related.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Zoom.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Category.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Cartpage.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Layout.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Block/Adminhtml/Renderer/Dealer.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Block/Index.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.2.1-1.2.5.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range/Edit.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Login.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/TickerDirection.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Moreviews.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Prevnext.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/Fontreplacement.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Helper/Filesystem.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Controller/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Grid.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/CatalogIndex/Indexer.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.3.2-1.3.3.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/Model/Options/Exported.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Model/Category/Attribute/Source/Block/Labels.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Onepage/Link.php
bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Quantities.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Product/Edit/Tab/Categories.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Grid/Renderer/Methods.php
bivi-source/wri-bivi-marketing/app/code/local/Bluejalappeno/Orderexport/sql/orderexport_setup/mysql4-install-1.0.1.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Login.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Model/System/Config/Backend/Serialized.php
magento_1.8.0/js/mage/adminhtml/sales.js
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/controllers/Adminhtml/MessageController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Options.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/UpdatecartController.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Relation/Edit/Form.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Links.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Page/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Import/Importfield.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/sql/amgroupcat_setup/mysql4-upgrade-1.0.0-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Restore/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Csv.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Renderer/Icon.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/RegisterController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Stat.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Notification.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Customer/Attribute/Edit/Form.php

bivi-source/wri-bivi-marketing/js/amasty/amgroupcat/restriction.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Block/Adminhtml/Icon.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/controllers/Adminhtml/Orderstatusimport/DebugController.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/Activation/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/ThemeOptionsIndigo/controllers/LoginController.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Block/Adminhtml/Table.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/OrderStatusImport/Block/System/Config/Frontend/Mapping/Xml.php

magento_1.8.0/app/code/core/Mage/CatalogSearch/Helper/Data.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/Order/CreateController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Tweets.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Block/Sociallinks.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-upgrade-1.2.7-1.2.8.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter/Edit/Form.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Replacecategory.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/sql/smtppro_setup/mysql4-upgrade-1.4.3-1.4.4.php

bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/Sortby.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Specialchar.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Slider.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Quantity/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Source/Position.php
bivi-source/wri-bivi-marketing/js/iwd/all/adminhtml/notification.js
bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Mysql4/List/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Range.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Page.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Adminhtml/Filter.php
magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/Abstract.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Item/Abstract.php
magento_1.8.0/app/code/core/Mage/Paypal/Model/Cart.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo.php
magento_1.8.0/app/code/core/Mage/ProductAlert/Block/Email/Abstract.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Crosssell.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Uncrosssell.php
bivi-source/wri-bivi-marketing/app/code/local/My/RedirectToHome/Model/Observer.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.2.0-2.2.1.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Block/Adminhtml/Catalog/Product/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-4.2.0-5.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-install-1.0.0.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Rewrite/Catalog/Product/Flat/Indexer.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Block/Adminhtml/Renderer/Boolean.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Removecategory.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Adminhtml/Model/System/Config/Source/AddressOptions.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Upsell.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Search/Layer/Filter/Attribute.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.2.4-1.2.5.php
bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Transports/Disabled.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Unupsell.php
magento_1.8.0/app/code/core/Mage/Page/Block/Template/Links.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Tax/Rate/Form.php
magento_1.8.0/app/code/core/Mage/Core/Helper/Cookie.php

magento_1.8.0/app/code/core/Mage/GoogleAnalytics/Block/Ga.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Resource/Order/Status/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/controllers/FileController.php

bivi-source/wri-bivi-marketing/skin/adminhtml/default/indigo/js/jscolorsetup.js

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Resource/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Email/Log/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.1.1-1.1.2.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.mousewheel-3.0.4.pack.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.1.5-1.3.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.5-5.1.6.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Adminhtml/Model/System/Config/Source/AgreementOptions.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.8-0.2.9.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Store.php

magento_1.8.0/downloader/Maged/Model/Session.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.2.1-2.2.2.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Range.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.3.2-2.3.3.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/sql/amgroupcat_setup/mysql4-upgrade-1.0.2-1.0.3.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/Block/System/Config/Form/Xtento/Extensions.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Store/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.3.0-2.3.1.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/sql/xtcore_setup/mysql4-upgrade-1.0.3-1.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.2-5.1.3.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/controllers/Adminhtml/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/Adminhtml/System/Convert/Gui/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.0-0.2.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Message.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Indexes.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-3.0.0-4.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-5.1.6-5.1.7.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.0.5-2.0.6.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.4.0-2.5.0.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/Block/Adminhtml/Addresses.php

bivi-source/wri-bivi-marketing/app/code/local/Xtento/XtCore/sql/xtcore_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Resource/Rule/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/Model/Mysql4/Relation.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-upgrade-1.2.8-1.2.9.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Visible.php

bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Adminhtml/Model/System/Config/Source/Sortorder.php

magento_1.8.0/app/code/core/Mage/GoogleCheckout/Model/Payment.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order.php

magento_1.8.0/app/code/core/Mage/GoogleAnalytics/Helper/Data.php

magento_1.8.0/app/code/core/Mage/Wishlist/Controller/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Helper/Url.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Value.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Message.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Product/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Store.php
bivi-source/wri-bivi-marketing/js/aw_all/aw_all.js
bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/Model/Session.php
bivi-source/wri-bivi-marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses/Grid/Renderer/Defaultbilling.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Perm/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/sql/amrolepermissions_setup/mysql4-upgrade-1.0.0-1.0.1.php
bivi-source/wri-bivi-marketing/app/code/local/Meigee/CategoriesEnhanced/Helper/Data.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/Model/Mysql4/Message/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.0.9-2.1.0.php
bivi-source/wri-bivi-marketing/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Myaddresses/Grid/Renderer/Defaultshipping.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Value.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Store/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Stat/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.3-0.2.4.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Icon/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/System/Config/Form/Fieldset/Store.php
bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/Adminhtml/System/Convert/Profile/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Groupcat/Model/Mysql4/Category/Collection.php
bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.isotope.min.js
bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/File.php
bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/Model/Mysql4/Setup.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.1.0-2.1.1.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Page.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Range/Collection.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Model/Mysql4/Range.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.4.5-1.4.6.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Item.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Sales/Total/Quote/Shipping.php

magento_1.8.0/app/code/core/Mage/CatalogInventory/Model/Observer.php

magento_1.8.0/app/code/core/Mage/Weee/Model/Total/Invoice/Weee.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Block/Adminhtml/Support/Edit/Renderer/Filemultiple.php

magento_1.8.0/app/code/core/Mage/Payment/Model/Method/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Quantity.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-upgrade-1.0.1-1.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.0.8-2.0.9.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.2.8-1.3.0.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Inline.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Group.php

bivi-source/wri-bivi-marketing/app/code/local/Meigee/MeigeewidgetsIndigo/Model/Boolean.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.4.7-2.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Dob.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.1.0-1.2.0.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Mysql4/Notification/Collection.php

bivi-source/wri-bivi-marketing/js/iwd/all/bootstrap.min.js

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo/Total/Tax.php

magento_1.8.0/app/code/core/Mage/Tax/Block/Sales/Order/Tax.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Sales/Order/Create.php

magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Proxy/Product.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/sql/amfile_setup/mysql4-upgrade-1.0.0-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/Wizard.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.4.6-1.4.7.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Shipment/Track.php

magento_1.8.0/downloader/Maged/View.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.2.0-1.2.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.2.3-1.2.4.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Filter/Attribute.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.3.4-1.3.5.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-2.0.6-2.0.7.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.4.0-1.4.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/List/sql/amlist_setup/mysql4-upgrade-1.2.0-1.2.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.2.5-1.3.3.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Perm/sql/amperm_setup/mysql4-upgrade-1.3.3-1.3.4.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/sql/amshopby_setup/mysql4-upgrade-1.2.6-1.2.7.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Gender.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Name.php

bivi-source/wri-bivi-marketing/app/code/local/IWD/OnepageCheckout/Block/Widget/Taxvat.php

magento_1.8.0/app/code/core/Mage/Tax/Model/Config.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/File/Model/Mysql4/Setup.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-install-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/My/Addresses/Helper/Data.php

magento_1.8.0/app/code/core/Mage/ImportExport/Model/Import/Entity/Product/Type/Abstract.php

magento_1.8.0/app/code/core/Mage/Bundle/Block/Catalog/Product/View/Type/Bundle/Option.php

magento_1.8.0/app/code/core/Mage/Catalog/Block/Product/View.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Payment.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Invoice/Total/Discount.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/OrderController.php

magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Sales/Order/StatusController.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Widget/Form.php


bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.3.0-2.4.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-2.2.0-2.3.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.0.1-1.0.5.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/sql/productimportexport_setup/mysql4-install-0.1.0.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Quantity.php

bivi-source/wri-bivi-marketing/js/amasty/ambase/store.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Customerattr/sql/amcustomerattr_setup/mysql4-upgrade-1.0.9-1.1.0.php

magento_1.8.0/app/code/core/Mage/Core/Model/Resource/Design.php

magento_1.8.0/app/code/core/Mage/Usa/Model/Shipping/Carrier/Fedex.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Api.php

bivi-source/wri-bivi-marketing/js/iwd/all/jquery-ui-1.10.3.min.js

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.1-0.2.2.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.2-0.2.3.php

magento_1.8.0/js/prototype/prototype.js

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tabs.php

bivi-source/wri-bivi-marketing/js/iwd/all/jquery-1.10.2.min.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View/Top.php

magento_1.8.0/app/code/core/Mage/Review/controllers/ProductController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Catalog/Layer/View/Right.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/selectivizr-min.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Right.php

bivi-source/wri-bivi-marketing/app/code/local/TM/AjaxSearch/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Shopby/Block/Search/Layer/Top.php

magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Review/Rating/Detailed.php

magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Invoice/Total/Subtotal.php

magento_1.8.0/app/code/core/Mage/Customer/controllers/AccountController.php

magento_1.8.0/app/code/core/Mage/Checkout/controllers/CartController.php

magento_1.8.0/app/code/core/Mage/Catalog/controllers/Product/CompareController.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.backstretch.min.js

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.9-0.3.0.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Setup.php
magento_1.8.0/app/code/core/Mage/Core/Model/Design/Package.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Sales/Order/Create.php
magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/System/DesignController.php
bivi-source/wri-bivi-marketing/js/meigee/jquery.min.js
bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/html5.js
bivi-source/wri-bivi-marketing/app/code/local/IWD/All/Model/Mysql4/Setup.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/sql/ambase_setup/mysql4-install-1.0.0.php
magento_1.8.0/app/code/core/Mage/Catalog/Model/Resource/Product/Status.php
magento_1.8.0/app/code/core/Mage/Tax/Block/Checkout/Tax.php
magento_1.8.0/app/code/core/Mage/Api/Model/Server/Adapter/Soap.php
magento_1.8.0/app/code/core/Mage/Paypal/Model/Method/Agreement.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Account.php
magento_1.8.0/app/code/core/Mage/Checkout/Block/Cart/Item/Renderer.php
magento_1.8.0/app/code/core/Mage/CatalogRule/Model/Rule/Condition/Product.php
magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Customer/Cart/Product/Composite/CartController.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Order/Creditmemo/Total/Discount.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Customer/Edit/Tab/Addresses.php
bivi-source/wri-bivi-marketing/js/searchabledropdown/jquery.searchabledropdown-1.0.8.min.js
magento_1.8.0/cron.php
magento_1.8.0/app/code/core/Mage/Cms/Model/Resource/Page.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/Sales/Order/Create/Search/Grid.php
magento_1.8.0/app/code/core/Mage/PaypalUk/Model/Express.php
magento_1.8.0/index.php
magento_1.8.0/app/Mage.php
magento_1.8.0/app/code/core/Mage/Catalog/Helper/Product/Compare.php
magento_1.8.0/app/code/core/Mage/Catalog/Model/Resource/Product/Indexer/Eav/Source.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Model/Customer/Renderer/Region.php
magento_1.8.0/app/code/core/Mage/Sales/Model/Quote/Address/Total/Shipping.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Website.php
magento_1.8.0/app/code/core/Mage/Paypal/controllers/IpnController.php
magento_1.8.0/app/code/core/Mage/Adminhtml/controllers/Customer/Wishlist/Product/Composite/WishlistController.php
magento_1.8.0/app/code/core/Mage/Sales/Block/Guest/Links.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Group.php
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid/Render/Store.php
magento_1.8.0/js/varien/form.js
bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/cloud-zoom.1.0.2.min.js

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/js/jquery.selectbox-0.2.min.js
magento_1.8.0/app/code/core/Mage/Adminhtml/Block/System/Store/Grid.php

**File**

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/assets/js/theme.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/d3.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/shortcodes/shortcode-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/leafo/scssphp/scss.inc.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/components/select2/select2.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/assets/javascripts/select2.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/shortcodes/shortcodes.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/option-pages.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/components/spectrum/spectrum.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/tgm/plugin-activation/class-tgm-plugin-activation.php

vectra-source/WRI-Ceva-VectraRebate/db.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/frontend.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/inc/simple_html_dom.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/functions.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/theme-metaboxes.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/visual-composer.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/widget-options/twitteroauth/OAuth.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/w3tc-config/master.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/woocommerce/includes--/class-wc-checkout.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/inc/OxygennaOneClick.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/inc/OxygennaTypography.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/backend.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/fontawesome.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/custom-posts.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaOptions.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/theme-plugin-options/fontawesome.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/marketing_manager.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/territory_manager.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/regional_manager.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/assets/javascripts/one-click-option-page.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/section-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/walkers/FrontendBootstrapMegaMenuWalker.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaQuickUpload.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/clinic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/select/OxygennaSelect.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/woocommerce.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/inc/OxygennaMegaMenu.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/one-click-import.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/walkers/AdminBootstrapMegaMenuWalker.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/assets/javascripts/typography-page.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/widget-options/twitteroauth/twitteroauth.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaMetabox.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/swatch_twitter.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/shortcodes/shortcodes.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/jquery.font-plugin.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/radialProgress.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/heading-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/d3-line-chart.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/swatches/default-swatches.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/OxygennaBBPress.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/install-plugins.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/partials/start-page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-topic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/fulfillment.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaOption.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/assets/js/visual-composer/visual-composer.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/widget-options/swatch_twitter-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/svgs.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/default_overrides.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/assets/js/map.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaTheme.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/bbpress-options/option-pages.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/shortcodes/editor_plugin.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-user-edit.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-reply.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-forum.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaThemeAdmin.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/font/OxygennaFont.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-ant-theme-build/inc/doc-shortcodes.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-ant-theme-build/inc/doc-theme-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/tgm/plugin-activation/example.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-topic-split.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/partials/options/bottom/global.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/font/font.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/portfolio/standard.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/headings/heading-blog.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/widget-options/swatch_social-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-topic-merge.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaCustomise.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/shortcodes/html-menu.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaWidget.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-footer.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/footer.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/migration.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/partials/font-modal.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-topic-tag.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/animations.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/portfolio/filters.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/main.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-reply-move.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/user_mapping.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaThemeInstall.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-gallery.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/section-header-text.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/javascripts/pages/default-swatches.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/upload/OxygennaUpload.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/inc/options/font-select.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/comments.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/OmegaBBPress.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/inc/providers/system.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-related.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/swatch_wpml_language_selector.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/installer/list-installer.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/portfolio/portfolio-related.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-video.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/widget-options/swatch_wpml-language-selector-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/OxygennaMediaUpload.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/inc/option-pages.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/checkbox/OxygennaCheckbox.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/theme-plugin-options/social.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/system-status-page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/imgradio/OxygennaImgradio.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/colour/OxygennaColour.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-single-topic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-link.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/slider/OxygennaSlider.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/social/social-sharing-icons.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/radio/OxygennaRadio.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-audio.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/partials/demo-installer.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-statistics.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/assets/javascripts/options/typekit-updater.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/assets/js/ajax-save-menu.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/assets/javascripts/options/google-font-updater.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/date/OxygennaDate.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/quick-uploaders.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-details.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/woocommerce/emails/customer-processing-order.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-topic-lead.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/single-image.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-single-reply.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/assets/javascripts/add-font.js
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/headings/heading-portfolio.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/widgets/swatch_social.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/carousel.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/header.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/staff/single.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/social-icons-options.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/woocommerce/emails/admin-new-order.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/partials/options/top/oxy_mega_menu.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/services/vertical.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/validation/OxygennaValidateFont.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/import/default-fonts.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-header.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/editor/OxygennaEditor.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/javascripts/pages/advanced-options.js
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/validation/OxygennaValidateDate.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/services/service.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/text/OxygennaText.php
vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/content-account.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/button/OxygennaButton.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/services/horizontal.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/loop.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/spinner/OxygennaSpinner.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/services/services.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/shortcodes/shortcode-image-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/taxonomy-oxy_slideshow_categories.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/template-leftsidebar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/template-rightsidebar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/slider/slider.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/padding-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/testimonials/list/image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/testimonials/slideshow/image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/menu.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-single-forum.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/hiddentext/OxygennaHiddentext.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/upload/upload.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/masonry/post.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/preview/OxygennaPreview.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/partials/options/top/oxy_mega_columns.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/pricing/pricing.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/htmltext/OxygennaHtmltext.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/masonry/post-link.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/partials/typography-page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-subscriptions.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/textarea/OxygennaTextarea.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/assets/js/metaboxes/slider-links-options.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/single-oxy_portfolio_image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/testimonials/slideshow/no-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/archive.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/testimonials/list/no-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/countdown/countdown.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/nav-single.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/animation-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/javascripts/dialogs/slider-options.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/insert_data.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/404.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/colour/colour.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/loop-masonry.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-topics.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/related/post.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/validation/OxygennaStripHTML.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/swatches/swatch-fields.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/w3tc-config/master-admin.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/related/post-link.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/social/social-links.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-user-register.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-forums.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-quote.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/template-normalwidth.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/flexslider/slide-post.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-user-login.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-forum.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-anonymous.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/javascripts/visual-composer/select.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/post-no-posts.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-profile.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/author.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/assets/js/metaboxes/portfolio-post-type.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/cat_products.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-replies.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/index.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/related/post-quote.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/related/featured-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/masonry/post-quote.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/posts/normal/featured-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/single-oxy_service.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-topic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-archive-forum.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-replies-created.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-archive-topic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/visual-composer-extend.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/shortcodes/shortcode-swatches-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-user-lost-pass.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/assets/js/metaboxes/header-options.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/global-options/global-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-user.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/archive-oxy_portfolio_image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/tag.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/archive-oxy_service.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/tags.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/archive-oxy_staff.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/section.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/content-page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-favorites.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/user-topics-created.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/assets/js/metaboxes/sidebar-options.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/partials/installer/list-installer.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/category.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/single-oxy_staff.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/accordion.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-view.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/icon-list/simple-icon.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/template-account.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-mega-menu/oxygenna-mega-menu.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/single.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-typography/oxygenna-typography.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/divider.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/pagination-replies.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-single-reply.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/components/select2/select2.min.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/pagination-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/pagination-topics.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/theme-options-page.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-no-access.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/feature/feature.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/inc/options/shortcodes/create-shortcode-options.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/partials/customise/slider.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/posts/simple.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/icon-list/simple-icon-list.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-user-roles.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/svg-featured-icon.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/featured-icon.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/shaped-image.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/audio.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/chart.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/headings/heading-bbpress.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/posts/masonry.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/content-topic-tag-edit.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/tabs/tabs.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/tabs/tab_contents.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/flexslider/flexslider.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-one-click/partials/install-complete.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/form-protected.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-normal-masonry.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-no-search.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-no-topics.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-logged-in.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-no-replies.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-wide-masonry.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/feedback-no-forums.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/partials/global-page-bottom-right.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-search-forum.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-search-topic.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/loop-search-reply.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/partials/global-page-top-left.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-left-sidebar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/panel.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/staff/list.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/headings/heading-page.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/tabs/tab_headers.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-right-sidebar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/flexslider/slide-attachment.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/headings/heading-shortcode.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/assets/js/theme.min.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/theme-options-upload.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/alert.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-no-sidebar-narrow.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-no-sidebar-wide.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/progress-bar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/blog/list-no-sidebar-normal.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/components/jquery-colorbox/jquery.colorbox-min.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/button.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/easy-pie-chart.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/blockquote.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/counter.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/shortcodes/shortcode-options.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/select/select2.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/d3.min.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/date/date.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/partials/global-page-top-fullwidth.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/radio/radio.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/inc/options/fields/imgradio/imgradio.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/partials/global-page-bottom-left.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/bbpress/oxygenna/partials/global-page-top-right.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/sidebar.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/bootstrap/jumbotron.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/vendor/oxygenna/oxygenna-framework/assets/javascripts/shortcodes/langs/en.js


vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/column-text.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/uploads/wp-sync-db/index.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/scroll-to.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/feature/feature-list.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/partials/shortcodes/code.php

wordpress_4.1/wp-includes/functions.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/cache/config/master.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/import/default-vc-templates.php

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/assets/js/map.min.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/js/custom_datepicker.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/import/import.js

vectra-source/WRI-Ceva-VectraRebate/wp-content/themes/omega/import/woocommerce.js

wordpress_4.1/wp-admin/js/custom-background.min.js

wordpress_4.1/wp-includes/class-IXR.php

wordpress_4.1/wp-includes/js/jquery/jquery.hotkeys.min.js

wordpress_4.1/wp-includes/class-wp-embed.php

wordpress_4.1/wp-admin/network/plugins.php

wordpress_4.1/wp-includes/js/wplink.min.js

wordpress_4.1/wp-includes/js/wpdialog.min.js

wordpress_4.1/wp-includes/class-pop3.php

wordpress_4.1/wp-content/themes/twentyfifteen/page.php

wordpress_4.1/wp-includes/js/wplink.js

wordpress_4.1/wp-includes/SimplePie/IRI.php

wordpress_4.1/wp-admin/edit-tag-form.php

wordpress_4.1/wp-includes/class-wp-theme.php

wordpress_4.1/wp-includes/script-loader.php

wordpress_4.1/wp-includes/js/json2.min.js

wordpress_4.1/wp-admin/js/theme.min.js

wordpress_4.1/wp-content/themes/twentyfourteen/content-aside.php

wordpress_4.1/wp-admin/includes/template.php

wordpress_4.1/wp-admin/js/revisions.js

wordpress_4.1/wp-includes/js/jquery/ui/mouse.min.js

wordpress_4.1/wp-admin/ms-upgrade-network.php

wordpress_4.1/wp-admin/js/user-suggest.js

wordpress_4.1/wp-content/themes/twentythirteen/content-aside.php

wordpress_4.1/wp-admin/includes/plugin.php

wordpress_4.1/wp-admin/user/menu.php

wordpress_4.1/wp-admin/js/link.min.js

wordpress_4.1/wp-includes/Text/Diff/Engine/string.php

wordpress_4.1/wp-includes/js/jquery/ui/effect.min.js

wordpress_4.1/wp-load.php

wordpress_4.1/wp-admin/js/xfn.min.js

wordpress_4.1/wp-includes/js/jquery/ui/position.min.js

wordpress_4.1/wp-includes/js/jquery/ui/effect-fold.min.js

wordpress_4.1/wp-includes/ms-blogs.php

wordpress_4.1/wp-admin/edit-tags.php

wordpress_4.1/wp-admin/js/theme.js

wordpress_4.1/wp-admin/js/inline-edit-tax.js

wordpress_4.1/wp-includes/js/tw-sack.js

wordpress_4.1/wp-content/themes/twentythirteen/content-image.php

wordpress_4.1/index.php

wordpress_4.1/wp-includes/js/jquery/ui/effect-scale.min.js

wordpress_4.1/wp-includes/wp-diff.php

wordpress_4.1/wp-admin/includes/class-ftp-pure.php

wordpress_4.1/wp-admin/includes/class-wp-filesystem-ssh2.php

wordpress_4.1/wp-admin/js/inline-edit-post.min.js

wordpress_4.1/wp-admin/js/customize-widgets.js

wordpress_4.1/wp-includes/js/tinymce/themes/modern/theme.min.js

wordpress_4.1/wp-admin/js/word-count.js

wordpress_4.1/wp-admin/js/postbox.js

wordpress_4.1/wp-admin/media-upload.php

wordpress_4.1/wp-admin/link-manager.php

wordpress_4.1/wp-admin/js/editor.js
wordpress_4.1/wp-includes/js/media-audiovideo.min.js
wordpress_4.1/wp-admin/includes/deprecated.php
wordpress_4.1/wp-includes/js/autosave.js
wordpress_4.1/wp-includes/pomo/entry.php
wordpress_4.1/wp-includes/js/plupload/wp-plupload.js
wordpress_4.1/wp-admin/options-writing.php
wordpress_4.1/wp-includes/class-wp-image-editor-gd.php
wordpress_4.1/wp-content/themes/twentythirteen/single.php
wordpress_4.1/wp-includes/Text/Diff.php
wordpress_4.1/wp-content/themes/twentyfifteen/comments.php
wordpress_4.1/wp-admin/tools.php
wordpress_4.1/wp-includes/js/jquery/ui/selectmenu.min.js
wordpress_4.1/wp-admin/includes/admin.php
wordpress_4.1/wp-content/themes/twentythirteen/taxonomy-post_format.php
wordpress_4.1/wp-includes/user.php
wordpress_4.1/wp-admin/network/users.php
wordpress_4.1/wp-includes/post-thumbnail-template.php
wordpress_4.1/wp-includes/js/autosave.min.js
wordpress_4.1/wp-content/themes/twentythirteen/content-video.php
wordpress_4.1/wp-includes/js/wp-backbone.js
wordpress_4.1/wp-includes/nav-menu.php
wordpress_4.1/wp-admin/install.php
wordpress_4.1/wp-admin/ms-edit.php
wordpress_4.1/wp-includes/js/colorpicker.min.js
wordpress_4.1/wp-includes/media-template.php
wordpress_4.1/wp-includes/js/plupload/wp-plupload.min.js
wordpress_4.1/wp-includes/Text/Diff/Renderer.php
wordpress_4.1/wp-admin/admin-post.php
wordpress_4.1/wp-content/themes/twentythirteen/content-status.php
wordpress_4.1/wp-includes/js/media-models.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/inc/customizer.php
wordpress_4.1/wp-admin/js/gallery.js
wordpress_4.1/wp-includes/class-wp-walker.php
wordpress_4.1/wp-admin/includes/class-wp-terms-list-table.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-featured-post.php
wordpress_4.1/wp-content/themes/twentyfourteen/page-templates/contributors.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-gallery.php
wordpress_4.1/wp-includes/SimplePie/Content/Type/Sniffer.php
wordpress_4.1/wp-includes/js/jquery/jquery.form.js
wordpress_4.1/wp-includes/class.wp-dependencies.php
wordpress_4.1/wp-admin/includes/class-wp-filesystem-ftpext.php
wordpress_4.1/wp-admin/includes/theme.php

wordpress_4.1/wp-admin/custom-background.php
wordpress_4.1/wp-admin/options.php
wordpress_4.1/wp-includes/js/jquery/ui/spinner.min.js
wordpress_4.1/wp-includes/js/jquery/ui/effect-highlight.min.js
wordpress_4.1/wp-includes/category.php
wordpress_4.1/wp-includes/ID3/module.audio-video.matroska.php
wordpress_4.1/wp-admin/js/wp-fullscreen.min.js
wordpress_4.1/wp-admin/import.php
wordpress_4.1/wp-admin/revision.php
wordpress_4.1/wp-admin/js/widgets.js
wordpress_4.1/wp-includes/js/wp-pointer.min.js
wordpress_4.1/wp-content/themes/twentythirteen/content-chat.php
wordpress_4.1/wp-includes/ID3/module.tag.lyrics3.php
wordpress_4.1/wp-includes/class-phpmailer.php
wordpress_4.1/wp-admin/post.php
wordpress_4.1/wp-admin/options-media.php
wordpress_4.1/wp-content/themes/twentyfourteen/tag.php
wordpress_4.1/wp-includes/comment.php
wordpress_4.1/wp-content/themes/twentyfourteen/inc/featured-content.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-link.php
wordpress_4.1/wp-admin/theme-editor.php
wordpress_4.1/wp-includes/Text/Diff/Engine/native.php
wordpress_4.1/wp-content/themes/twentythirteen/tag.php
wordpress_4.1/wp-includes/SimplePie/Rating.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-transfer.min.js
wordpress_4.1/wp-admin/js/comment.min.js
wordpress_4.1/wp-admin/network/theme-install.php
wordpress_4.1/wp-includes/ID3/module.audio-video.quicktime.php
wordpress_4.1/wp-admin/user-new.php
wordpress_4.1/wp-content/themes/twentythirteen/author-bio.php
wordpress_4.1/wp-admin/upgrade.php
wordpress_4.1/wp-includes/js/masonry.min.js
wordpress_4.1/wp-content/themes/twentythirteen/sidebar.php
wordpress_4.1/wp-admin/js/updates.js
wordpress_4.1/wp-includes/SimplePie/Exception.php
wordpress_4.1/wp-content/themes/twentythirteen/category.php
wordpress_4.1/wp-includes/js/media-grid.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/content.php
wordpress_4.1/wp-admin/about.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-none.php
wordpress_4.1/wp-includes/ID3/module.audio.ac3.php
wordpress_4.1/wp-admin/admin-header.php
wordpress_4.1/wp-admin/includes/class-wp-users-list-table.php

wordpress_4.1/wp-includes/meta.php
wordpress_4.1/wp-admin/includes/translation-install.php
wordpress_4.1/wp-content/themes/twentythirteen/js/html5.js
wordpress_4.1/wp-admin/update.php
wordpress_4.1/wp-includes/SimplePie/Locator.php
wordpress_4.1/wp-includes/class.wp-styles.php
wordpress_4.1/wp-includes/feed-rdf.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-drop.min.js
wordpress_4.1/wp-admin/moderation.php
wordpress_4.1/wp-admin/network/site-new.php
wordpress_4.1/wp-admin/js/image-edit.min.js
wordpress_4.1/wp-admin/js/common.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/content-page.php
wordpress_4.1/wp-includes/class-feed.php
wordpress_4.1/wp-includes/ID3/module.tag.id3v2.php
wordpress_4.1/wp-includes/js/hoverIntent.min.js
wordpress_4.1/wp-admin/js/set-post-thumbnail.min.js
wordpress_4.1/wp-admin/edit-comments.php
wordpress_4.1/wp-admin/js/image-edit.js
wordpress_4.1/wp-admin/js/iris.min.js
wordpress_4.1/wp-admin/network/update-core.php
wordpress_4.1/wp-content/themes/twentyfourteen/inc/custom-header.php
wordpress_4.1/wp-includes/js/jquery/ui/slider.min.js
wordpress_4.1/wp-includes/class-http.php
wordpress_4.1/wp-blog-header.php
wordpress_4.1/wp-includes/template-loader.php
wordpress_4.1/wp-includes/theme-compat/header.php
wordpress_4.1/wp-includes/ID3/module.audio-video.asf.php
wordpress_4.1/wp-content/themes/twentyfourteen/single.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-image.php
wordpress_4.1/wp-includes/SimplePie/File.php
wordpress_4.1/wp-admin/options-general.php
wordpress_4.1/wp-admin/includes/class-wp-plugin-install-list-table.php
wordpress_4.1/wp-trackback.php
wordpress_4.1/wp-admin/js/media.js
wordpress_4.1/wp-content/themes/twentythirteen/functions.php
wordpress_4.1/wp-admin/includes/class-wp-plugins-list-table.php
wordpress_4.1/wp-includes/formatting.php
wordpress_4.1/wp-includes/plugin.php
wordpress_4.1/wp-includes/rewrite.php
wordpress_4.1/wp-includes/query.php
wordpress_4.1/wp-admin/includes/export.php
wordpress_4.1/wp-includes/SimplePie/Credit.php

wordpress_4.1/wp-admin/network.php

wordpress_4.1/wp-includes/js/heartbeat.min.js

wordpress_4.1/wp-content/themes/twentythirteen/inc/custom-header.php

wordpress_4.1/wp-admin/network/settings.php

wordpress_4.1/wp-includes/js/jquery/ui/effect-size.min.js

wordpress_4.1/wp-includes/Text/Diff/Renderer/inline.php

wordpress_4.1/wp-includes/SimplePie/Author.php

wordpress_4.1/wp-content/themes/twentythirteen/image.php

wordpress_4.1/wp-includes/SimplePie/Misc.php

wordpress_4.1/wp-content/themes/twentyfifteen/404.php

wordpress_4.1/wp-admin/js/accordion.js

wordpress_4.1/wp-admin/link-parse-opml.php

wordpress_4.1/wp-admin/custom-header.php

wordpress_4.1/wp-includes/js/zxcvbn.min.js

wordpress_4.1/wp-content/themes/twentyfifteen/single.php

wordpress_4.1/wp-admin/my-sites.php

wordpress_4.1/wp-content/themes/twentyfourteen/functions.php

wordpress_4.1/wp-admin/js/updates.min.js

wordpress_4.1/wp-includes/ms-default-constants.php

wordpress_4.1/wp-includes/js/jquery/ui/autocomplete.min.js

wordpress_4.1/wp-includes/js/jquery/ui/selectable.min.js

wordpress_4.1/wp-includes/js/jquery/jquery.query.js

wordpress_4.1/wp-includes/js/tinymce/wp-tinymce.php

wordpress_4.1/wp-settings.php

wordpress_4.1/wp-admin/js/nav-menu.js

wordpress_4.1/wp-content/themes/twentyfourteen/author.php

wordpress_4.1/wp-admin/includes/class-wp-theme-install-list-table.php

wordpress_4.1/wp-admin/user/credits.php

wordpress_4.1/wp-admin/js/link.js

wordpress_4.1/wp-content/themes/twentyfifteen/content.php

wordpress_4.1/wp-includes/feed-rss2-comments.php

wordpress_4.1/wp-includes/SimplePie/Cache/MySQL.php

wordpress_4.1/wp-content/themes/twentyfifteen/js/skip-link-focus-fix.js

wordpress_4.1/wp-includes/class-wp-customize-section.php

wordpress_4.1/wp-includes/js/jquery/ui/menu.min.js

wordpress_4.1/wp-includes/js/wp-lists.min.js

wordpress_4.1/wp-admin/options-reading.php

wordpress_4.1/wp-admin/js/media-gallery.js

wordpress_4.1/wp-admin/network/edit.php

wordpress_4.1/wp-content/themes/twentythirteen/404.php

wordpress_4.1/wp-admin/js/accordion.min.js

wordpress_4.1/wp-admin/includes/dashboard.php

wordpress_4.1/wp-admin/includes/misc.php

wordpress_4.1/wp-content/themes/twentythirteen/js/functions.js

wordpress_4.1/wp-includes/pluggable-deprecated.php

wordpress_4.1/wp-admin/network/user-new.php

wordpress_4.1/wp-includes/js/crop/cropper.js

wordpress_4.1/wp-admin/includes/class-wp-links-list-table.php

wordpress_4.1/wp-includes/SimplePie/Net/IPv6.php

wordpress_4.1/wp-admin/media-new.php

wordpress_4.1/wp-content/themes/twentythirteen/search.php

wordpress_4.1/wp-admin/js/edit-comments.min.js

wordpress_4.1/wp-content/themes/twentyfourteen/js/featured-content-admin.js

wordpress_4.1/wp-includes/js/jquery/jquery.schedule.js

wordpress_4.1/wp-includes/SimplePie/HTTP/Parser.php

wordpress_4.1/wp-includes/js/customize-models.min.js

wordpress_4.1/wp-includes/js/jquery/ui/droppable.min.js

wordpress_4.1/wp-includes/js/wp-list-revisions.min.js

wordpress_4.1/wp-content/themes/twentyfifteen/content-none.php

wordpress_4.1/wp-admin/js/widgets.min.js

wordpress_4.1/wp-includes/ms-functions.php

wordpress_4.1/wp-admin/js/editor-expand.js

wordpress_4.1/wp-admin/js/media-upload.min.js

wordpress_4.1/wp-includes/js/tinymce/utils/mctabs.js

wordpress_4.1/wp-includes/js/quicktags.js

wordpress_4.1/wp-signup.php

wordpress_4.1/wp-admin/js/revisions.min.js

wordpress_4.1/wp-admin/network/site-themes.php

wordpress_4.1/wp-includes/ID3/module.audio.mp3.php

wordpress_4.1/wp-admin/link.php

wordpress_4.1/wp-content/themes/twentyfifteen/functions.php

wordpress_4.1/wp-includes/js/jquery/ui/sortable.min.js

wordpress_4.1/wp-includes/js/backbone.min.js

wordpress_4.1/wp-admin/js/user-suggest.min.js

wordpress_4.1/wp-admin/update-core.php

wordpress_4.1/wp-includes/SimplePie/Registry.php

wordpress_4.1/wp-admin/js/tags.js

wordpress_4.1/wp-includes/js/jquery/ui/widget.min.js

wordpress_4.1/wp-content/themes/twentyfourteen/inc/template-tags.php

wordpress_4.1/wp-admin/js/post.js

wordpress_4.1/wp-includes/js/shortcode.min.js

wordpress_4.1/wp-admin/admin-functions.php

wordpress_4.1/wp-includes/feed.php

wordpress_4.1/wp-includes/js/wp-util.min.js

wordpress_4.1/wp-includes/js/tinymce/utils/form_utils.js

wordpress_4.1/wp-includes/load.php

wordpress_4.1/wp-includes/admin-bar.php
wordpress_4.1/wp-content/themes/twentyfifteen/sidebar.php
wordpress_4.1/wp-includes/js/swfupload/handlers.js
wordpress_4.1/wp-admin/ms-admin.php
wordpress_4.1/wp-content/themes/twentyfourteen/js/functions.js
wordpress_4.1/wp-includes/js/customize-preview-widgets.min.js
wordpress_4.1/wp-includes/class-wp-customize-widgets.php
wordpress_4.1/wp-includes/default-constants.php
wordpress_4.1/wp-includes/SimplePie/gzdecode.php
wordpress_4.1/wp-includes/js/media-editor.min.js
wordpress_4.1/wp-admin/upgrade-functions.php
wordpress_4.1/wp-admin/js/editor.min.js
wordpress_4.1/wp-includes/rss-functions.php
wordpress_4.1/wp-admin/user-edit.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-video.php
wordpress_4.1/wp-content/themes/twentythirteen/content-link.php
wordpress_4.1/wp-includes/date.php
wordpress_4.1/wp-admin/includes/continents-cities.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-slide.min.js
wordpress_4.1/wp-admin/includes/update-core.php
wordpress_4.1/wp-includes/js/tinymce/tiny_mce_popup.js
wordpress_4.1/wp-includes/vars.php
wordpress_4.1/wp-includes/feed-atom-comments.php
wordpress_4.1/wp-admin/includes/schema.php
wordpress_4.1/wp-admin/post-new.php
wordpress_4.1/wp-content/themes/twentyfifteen/image.php
wordpress_4.1/wp-admin/nav-menus.php
wordpress_4.1/wp-content/themes/twentythirteen/inc/back-compat.php
wordpress_4.1/wp-includes/js/heartbeat.js
wordpress_4.1/wp-admin/js/dashboard.min.js
wordpress_4.1/wp-admin/js/word-count.min.js
wordpress_4.1/wp-includes/SimplePie/Parser.php
wordpress_4.1/wp-admin/network/site-settings.php
wordpress_4.1/wp-includes/SimplePie/Cache/File.php
wordpress_4.1/wp-cron.php
wordpress_4.1/wp-content/themes/twentythirteen/comments.php
wordpress_4.1/wp-includes/SimplePie/Copyright.php
wordpress_4.1/wp-includes/bookmark.php
wordpress_4.1/wp-includes/post.php
wordpress_4.1/wp-includes/js/customize-preview-widgets.js
wordpress_4.1/wp-admin/user/admin.php
wordpress_4.1/wp-content/themes/twentyfifteen/content-search.php
wordpress_4.1/wp-admin/media.php

wordpress_4.1/wp-admin/js/password-strength-meter.min.js
wordpress_4.1/wp-includes/js/utils.js
wordpress_4.1/wp-admin/js/custom-background.js
wordpress_4.1/wp-includes/js/media-views.min.js
wordpress_4.1/wp-admin/menu.php
wordpress_4.1/wp-includes/js/mediaelement/wp-playlist.js
wordpress_4.1/wp-includes/js/customize-preview.js
wordpress_4.1/wp-includes/atomlib.php
wordpress_4.1/wp-includes/js/media-grid.js
wordpress_4.1/wp-includes/ID3/module.audio-video.riff.php
wordpress_4.1/wp-admin/ms-themes.php
wordpress_4.1/wp-admin/js/nav-menu.min.js
wordpress_4.1/wp-admin/maint/repair.php
wordpress_4.1/wp-content/themes/twentythirteen/index.php
wordpress_4.1/wp-admin/user/user-edit.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-quote.php
wordpress_4.1/wp-includes/pluggable.php
wordpress_4.1/wp-admin/js/svg-painter.js
wordpress_4.1/wp-content/themes/twentyfourteen/js/keyboard-image-navigation.js
wordpress_4.1/wp-includes/SimplePie/Sanitize.php
wordpress_4.1/wp-includes/js/jquery/suggest.js
wordpress_4.1/wp-comments-post.php
wordpress_4.1/wp-includes/js/jquery/jquery.hotkeys.js
wordpress_4.1/wp-includes/post-formats.php
wordpress_4.1/wp-content/themes/twentythirteen/header.php
wordpress_4.1/wp-admin/edit-link-form.php
wordpress_4.1/wp-admin/includes/class-wp-comments-list-table.php
wordpress_4.1/wp-content/themes/twentyfifteen/inc/template-tags.php
wordpress_4.1/wp-admin/admin-ajax.php
wordpress_4.1/wp-admin/network/upgrade.php
wordpress_4.1/wp-admin/js/user-profile.js
wordpress_4.1/wp-includes/js/media-views.js
wordpress_4.1/wp-admin/js/plugin-install.min.js
wordpress_4.1/wp-includes/js/jquery/ui/tooltip.min.js
wordpress_4.1/wp-includes/js/swfupload/swfupload.js
wordpress_4.1/wp-includes/js/jquery/ui/dialog.min.js
wordpress_4.1/wp-admin/credits.php
wordpress_4.1/wp-admin/plugin-install.php
wordpress_4.1/wp-content/themes/twentythirteen/footer.php
wordpress_4.1/wp-admin/includes/theme-install.php
wordpress_4.1/wp-content/themes/twentythirteen/author.php
wordpress_4.1/wp-admin/js/wp-fullscreen.js
wordpress_4.1/wp-admin/js/edit-comments.js

wordpress_4.1/wp-admin/js/gallery.min.js
wordpress_4.1/wp-includes/js/tinymce/utils/validate.js
wordpress_4.1/wp-includes/author-template.php
wordpress_4.1/wp-content/themes/twentyfifteen/js/keyboard-image-navigation.js
wordpress_4.1/wp-admin/includes/menu.php
wordpress_4.1/wp-content/themes/twentythirteen/content-none.php
wordpress_4.1/wp-includes/js/mce-view.js
wordpress_4.1/wp-includes/taxonomy.php
wordpress_4.1/wp-content/themes/twentyfifteen/content-link.php
wordpress_4.1/wp-admin/user/index.php
wordpress_4.1/wp-includes/default-filters.php
wordpress_4.1/wp-admin/network/profile.php
wordpress_4.1/wp-admin/js/custom-header.js
wordpress_4.1/wp-includes/js/hoverIntent.js
wordpress_4.1/wp-includes/js/admin-bar.js
wordpress_4.1/wp-admin/js/user-profile.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/inc/back-compat.php
wordpress_4.1/wp-includes/js/wp-pointer.js
wordpress_4.1/wp-content/themes/twentyfifteen/archive.php
wordpress_4.1/wp-includes/ms-files.php
wordpress_4.1/wp-admin/edit.php
wordpress_4.1/wp-content/themes/twentythirteen/archive.php
wordpress_4.1/wp-includes/class-wp-http-ixr-client.php
wordpress_4.1/wp-includes/class-wp-customize-control.php
wordpress_4.1/wp-login.php
wordpress_4.1/wp-content/themes/twentyfourteen/js/customizer.js
wordpress_4.1/wp-includes/ID3/getid3.php
wordpress_4.1/wp-admin/includes/class-wp-ms-users-list-table.php
wordpress_4.1/wp-includes/js/plupload/plupload.full.min.js
wordpress_4.1/wp-admin/options-permalink.php
wordpress_4.1/wp-admin/edit-form-comment.php
wordpress_4.1/wp-admin/index.php
wordpress_4.1/wp-admin/js/inline-edit-tax.min.js
wordpress_4.1/wp-includes/SimplePie/Core.php
wordpress_4.1/wp-admin/customize.php
wordpress_4.1/wp-admin/options-head.php
wordpress_4.1/wp-includes/js/plupload/handlers.min.js
wordpress_4.1/wp-includes/option.php
wordpress_4.1/wp-includes/bookmark-template.php
wordpress_4.1/wp-includes/js/jquery/ui/core.min.js
wordpress_4.1/wp-admin/user/profile.php
wordpress_4.1/wp-includes/js/wp-lists.js
wordpress_4.1/wp-includes/js/jquery/ui/effect-shake.min.js

wordpress_4.1/wp-admin/includes/comment.php
wordpress_4.1/wp-admin/network/theme-editor.php
wordpress_4.1/wp-content/themes/twentyfifteen/js/color-scheme-control.js
wordpress_4.1/wp-content/themes/twentyfourteen/archive.php
wordpress_4.1/wp-content/themes/twentyfourteen/sidebar-footer.php
wordpress_4.1/wp-admin/js/inline-edit-post.js
wordpress_4.1/wp-includes/js/mediaelement/mediaelement-and-player.min.js
wordpress_4.1/wp-includes/theme-compat/comments-popup.php
wordpress_4.1/wp-content/themes/twentythirteen/content-audio.php
wordpress_4.1/wp-includes/wp-db.php
wordpress_4.1/wp-includes/ID3/module.tag.id3v1.php
wordpress_4.1/wp-admin/js/dashboard.js
wordpress_4.1/wp-includes/class-wp-customize-panel.php
wordpress_4.1/wp-content/themes/twentyfourteen/404.php
wordpress_4.1/wp-includes/js/jquery/suggest.min.js
wordpress_4.1/wp-admin/network/plugin-install.php
wordpress_4.1/wp-includes/SimplePie/XML/Declaration/Parser.php
wordpress_4.1/wp-admin/includes/class-ftp-sockets.php
wordpress_4.1/wp-content/themes/twentythirteen/js/theme-customizer.js
wordpress_4.1/wp-includes/js/imgareaselect/jquery.imgareaselect.js
wordpress_4.1/wp-includes/js/jquery/jquery.table-hotkeys.js
wordpress_4.1/wp-admin/includes/class-wp-posts-list-table.php
wordpress_4.1/wp-content/themes/twentyfourteen/page.php
wordpress_4.1/wp-admin/widgets.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-puff.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/index.php
wordpress_4.1/wp-admin/network/menu.php
wordpress_4.1/wp-admin/includes/ms-deprecated.php
wordpress_4.1/wp-includes/registration.php
wordpress_4.1/wp-admin/js/customize-controls.js
wordpress_4.1/wp-includes/js/wp-backbone.min.js
wordpress_4.1/wp-admin/includes/taxonomy.php
wordpress_4.1/wp-includes/theme-compat/sidebar.php
wordpress_4.1/wp-includes/post-template.php
wordpress_4.1/wp-includes/feed-atom.php
wordpress_4.1/wp-admin/js/language-chooser.js
wordpress_4.1/wp-admin/ms-sites.php
wordpress_4.1/wp-includes/SimplePie/Caption.php
wordpress_4.1/wp-admin/includes/update.php
wordpress_4.1/wp-admin/includes/file.php
wordpress_4.1/wp-includes/cache.php
wordpress_4.1/wp-admin/js/farbtastic.js
wordpress_4.1/wp-includes/js/zxcvbn-async.js

wordpress_4.1/wp-admin/async-upload.php

wordpress_4.1/wp-includes/ID3/getid3.lib.php

wordpress_4.1/wp-includes/revision.php

wordpress_4.1/wp-includes/js/mediaelement/wp-mediaelement.js

wordpress_4.1/wp-includes/js/mce-view.min.js

wordpress_4.1/wp-includes/js/jquery/ui/effect-blind.min.js

wordpress_4.1/wp-includes/js/jquery/jquery.form.min.js

wordpress_4.1/wp-admin/js/xfn.js

wordpress_4.1/wp-includes/class-wp-editor.php

wordpress_4.1/wp-content/themes/twentyfourteen/sidebar-content.php

wordpress_4.1/wp-includes/SimplePie/Restriction.php

wordpress_4.1/wp-includes/Text/Diff/Engine/shell.php

wordpress_4.1/wp-admin/includes/class-wp-list-table.php

wordpress_4.1/wp-config-sample.php

wordpress_4.1/wp-includes/js/tinymce/wp-mce-help.php

wordpress_4.1/wp-admin/export.php

wordpress_4.1/wp-includes/js/jquery/ui/resizable.min.js

wordpress_4.1/wp-admin/profile.php

wordpress_4.1/wp-includes/SimplePie/Cache.php

wordpress_4.1/wp-admin/load-styles.php

wordpress_4.1/wp-content/themes/twentyfourteen/featured-content.php

wordpress_4.1/wp-includes/pomo/streams.php

wordpress_4.1/wp-includes/canonical.php

wordpress_4.1/wp-admin/menu-header.php

wordpress_4.1/wp-mail.php

wordpress_4.1/wp-admin/link-add.php

wordpress_4.1/wp-admin/includes/class-wp-ms-themes-list-table.php

wordpress_4.1/wp-content/themes/twentyfourteen/sidebar.php

wordpress_4.1/wp-includes/js/zxcvbn-async.min.js

wordpress_4.1/wp-includes/js/customize-preview.min.js

wordpress_4.1/wp-admin/includes/class-wp-upgrader-skins.php

wordpress_4.1/wp-content/themes/twentyfourteen/js/slider.js

wordpress_4.1/wp-content/themes/twentythirteen/content-gallery.php

wordpress_4.1/wp-admin/js/set-post-thumbnail.js

wordpress_4.1/wp-includes/locale.php

wordpress_4.1/wp-admin/freedoms.php

wordpress_4.1/wp-content/themes/twentythirteen/content.php

wordpress_4.1/wp-includes/pomo/translations.php

wordpress_4.1/wp-content/themes/twentyfifteen/js/customize-preview.js

wordpress_4.1/wp-activate.php

wordpress_4.1/wp-includes/feed-rss.php

wordpress_4.1/wp-content/themes/twentythirteen/page.php

wordpress_4.1/wp-admin/theme-install.php

wordpress_4.1/wp-admin/includes/import.php
wordpress_4.1/wp-includes/functions.wp-styles.php
wordpress_4.1/wp-includes/js/plupload/handlers.js
wordpress_4.1/wp-includes/js/comment-reply.min.js
wordpress_4.1/wp-admin/plugins.php
wordpress_4.1/wp-includes/SimplePie/Cache/Memcache.php
wordpress_4.1/wp-admin/includes/class-wp-ms-sites-list-table.php
wordpress_4.1/wp-includes/default-widgets.php
wordpress_4.1/wp-includes/ms-default-filters.php
wordpress_4.1/wp-admin/includes/user.php
wordpress_4.1/wp-includes/ms-deprecated.php
wordpress_4.1/wp-admin/user/freedoms.php
wordpress_4.1/wp-admin/js/password-strength-meter.js
wordpress_4.1/wp-includes/ID3/module.audio-video.flv.php
wordpress_4.1/wp-admin/network/update.php
wordpress_4.1/wp-admin/includes/media.php
wordpress_4.1/wp-admin/js/post.min.js
wordpress_4.1/wp-includes/js/jquery/jquery.masonry.min.js
wordpress_4.1/wp-admin/includes/post.php
wordpress_4.1/wp-includes/widgets.php
wordpress_4.1/wp-admin/network/site-users.php
wordpress_4.1/wp-admin/load-scripts.php
wordpress_4.1/wp-includes/category-template.php
wordpress_4.1/wp-includes/js/wp-ajax-response.js
wordpress_4.1/wp-admin/ms-delete-site.php
wordpress_4.1/wp-admin/network/about.php
wordpress_4.1/wp-admin/includes/revision.php
wordpress_4.1/wp-includes/js/jquery/jquery.table-hotkeys.min.js
wordpress_4.1/wp-includes/js/jquery/ui/progressbar.min.js
wordpress_4.1/wp-admin/users.php
wordpress_4.1/wp-includes/js/jquery/ui/draggable.min.js
wordpress_4.1/wp-includes/js/utils.min.js
wordpress_4.1/wp-includes/js/tinymce/themes/modern/theme.js
wordpress_4.1/wp-admin/admin.php
wordpress_4.1/wp-includes/js/media-models.js
wordpress_4.1/wp-includes/js/jquery/jquery.ui.touch-punch.js
wordpress_4.1/wp-includes/js/jquery/ui/effect-pulsate.min.js
wordpress_4.1/wp-admin/setup-config.php
wordpress_4.1/wp-includes/class-wp-image-editor-imagick.php
wordpress_4.1/wp-includes/pomo/po.php
wordpress_4.1/wp-includes/comment-template.php
wordpress_4.1/wp-includes/js/jquery/ui/accordion.min.js
wordpress_4.1/wp-admin/includes/image.php

wordpress_4.1/wp-includes/js/wp-auth-check.js
wordpress_4.1/wp-includes/feed-rss2.php
wordpress_4.1/wp-admin/includes/plugin-install.php
wordpress_4.1/wp-includes/ID3/module.audio.ogg.php
wordpress_4.1/wp-includes/js/customize-views.js
wordpress_4.1/wp-includes/js/tinymce/langs/wp-langs-en.js
wordpress_4.1/wp-content/themes/twentyfourteen/image.php
wordpress_4.1/wp-includes/SimplePie/Decode/HTML/Entities.php
wordpress_4.1/wp-admin/admin-footer.php
wordpress_4.1/wp-admin/plugin-editor.php
wordpress_4.1/wp-includes/js/media-audiovideo.js
wordpress_4.1/wp-admin/js/customize-widgets.min.js
wordpress_4.1/wp-admin/js/language-chooser.min.js
wordpress_4.1/wp-includes/theme-compat/footer.php
wordpress_4.1/wp-includes/SimplePie/Enclosure.php
wordpress_4.1/wp-admin/includes/class-ftp.php
wordpress_4.1/wp-includes/cron.php
wordpress_4.1/wp-includes/js/tw-sack.min.js
wordpress_4.1/wp-admin/ms-options.php
wordpress_4.1/wp-admin/network/themes.php
wordpress_4.1/wp-includes/js/json2.js
wordpress_4.1/wp-includes/js/wpdialog.js
wordpress_4.1/wp-admin/includes/widgets.php
wordpress_4.1/wp-admin/js/media.min.js
wordpress_4.1/wp-includes/js/wp-util.js
wordpress_4.1/wp-content/themes/twentyfourteen/inc/back-compat.php
wordpress_4.1/wp-includes/class-wp-admin-bar.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-explode.min.js
wordpress_4.1/wp-admin/includes/class-wp-filesystem-direct.php
wordpress_4.1/wp-admin/comment.php
wordpress_4.1/wp-includes/compat.php
wordpress_4.1/wp-includes/js/underscore.min.js
wordpress_4.1/wp-content/themes/index.php
wordpress_4.1/wp-includes/capabilities.php
wordpress_4.1/wp-admin/network/freedoms.php
wordpress_4.1/wp-admin/network/sites.php
wordpress_4.1/wp-admin/upload.php
wordpress_4.1/wp-includes/SimplePie/Cache/Base.php
wordpress_4.1/wp-includes/pomo/mo.php
wordpress_4.1/wp-includes/js/jquery/ui/datepicker.min.js
wordpress_4.1/wp-includes/js/media-editor.js
wordpress_4.1/wp-admin/js/comment.js
wordpress_4.1/wp-admin/network/setup.php

wordpress_4.1/wp-includes/js/wp-list-revisions.js
wordpress_4.1/wp-includes/ID3/module.audio.dts.php
wordpress_4.1/wp-admin/js/color-picker.js
wordpress_4.1/wp-content/themes/twentyfifteen/js/functions.js
wordpress_4.1/wp-includes/class-wp-customize-setting.php
wordpress_4.1/wp-includes/ID3/module.tag.apetag.php
wordpress_4.1/wp-includes/l10n.php
wordpress_4.1/wp-admin/install-helper.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-audio.php
wordpress_4.1/wp-admin/includes/upgrade.php
wordpress_4.1/wp-includes/theme-compat/comments.php
wordpress_4.1/wp-content/themes/twentyfourteen/search.php
wordpress_4.1/wp-includes/js/customize-base.min.js
wordpress_4.1/wp-includes/class-wp-customize-manager.php
wordpress_4.1/wp-includes/js/customize-models.js
wordpress_4.1/wp-links-opml.php
wordpress_4.1/wp-includes/js/comment-reply.js
wordpress_4.1/wp-admin/network/site-info.php
wordpress_4.1/wp-includes/js/customize-views.min.js
wordpress_4.1/wp-includes/ms-settings.php
wordpress_4.1/wp-admin/includes/class-wp-upgrader.php
wordpress_4.1/wp-includes/class-simplepie.php
wordpress_4.1/wp-admin/includes/screen.php
wordpress_4.1/wp-admin/includes/nav-menu.php
wordpress_4.1/wp-includes/js/jquery/jquery.serialize-object.js
wordpress_4.1/wp-includes/js/jquery/jquery-migrate.js
wordpress_4.1/wp-admin/options-discussion.php
wordpress_4.1/wp-includes/shortcodes.php
wordpress_4.1/wp-includes/http.php
wordpress_4.1/wp-includes/js/jquery/jquery.color.min.js
wordpress_4.1/wp-includes/media.php
wordpress_4.1/wp-admin/includes/meta-boxes.php
wordpress_4.1/wp-content/themes/twentythirteen/content-quote.php
wordpress_4.1/wp-includes/class-phpass.php
wordpress_4.1/wp-includes/class-wp-error.php
wordpress_4.1/wp-admin/includes/class-wp-themes-list-table.php
wordpress_4.1/wp-admin/edit-form-advanced.php
wordpress_4.1/wp-includes/class-snoopy.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-fade.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/header.php
wordpress_4.1/wp-admin/includes/class-wp-filesystem-ftpsockets.php
wordpress_4.1/wp-includes/ms-load.php
wordpress_4.1/wp-admin/includes/class-wp-importer.php

wordpress_4.1/wp-includes/class-oembed.php
wordpress_4.1/wp-admin/js/postbox.min.js
wordpress_4.1/wp-includes/js/customize-loader.min.js
wordpress_4.1/wp-includes/js/jquery/ui/button.min.js
wordpress_4.1/wp-includes/js/jcrop/jquery.Jcrop.min.js
wordpress_4.1/wp-includes/rss.php
wordpress_4.1/wp-includes/class-wp-xmlrpc-server.php
wordpress_4.1/wp-content/themes/twentyfourteen/index.php
wordpress_4.1/wp-includes/js/shortcode.js
wordpress_4.1/wp-includes/class-json.php
wordpress_4.1/wp-content/themes/twentyfourteen/content-page.php
wordpress_4.1/wp-includes/nav-menu-template.php
wordpress_4.1/wp-includes/registration-functions.php
wordpress_4.1/wp-admin/network/credits.php
wordpress_4.1/wp-includes/js/colorpicker.js
wordpress_4.1/wp-includes/Text/Diff/Engine/xdiff.php
wordpress_4.1/wp-includes/js/jquery/jquery-migrate.min.js
wordpress_4.1/wp-includes/js/wp-ajax-response.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/inc/widgets.php
wordpress_4.1/wp-includes/functions.wp-scripts.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-bounce.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/search.php
wordpress_4.1/wp-includes/theme.php
wordpress_4.1/wp-includes/js/jquery/ui/effect-clip.min.js
wordpress_4.1/wp-admin/js/plugin-install.js
wordpress_4.1/wp-includes/general-template.php
wordpress_4.1/wp-includes/js/quicktags.min.js
wordpress_4.1/wp-includes/kses.php
wordpress_4.1/wp-includes/ID3/module.audio.flac.php
wordpress_4.1/wp-admin/press-this.php
wordpress_4.1/wp-admin/js/svg-painter.min.js
wordpress_4.1/wp-admin/network/index.php
wordpress_4.1/wp-admin/js/color-picker.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/comments.php
wordpress_4.1/wp-admin/user/about.php
wordpress_4.1/wp-includes/deprecated.php
wordpress_4.1/wp-includes/js/tinymce/utils/editable_selects.js
wordpress_4.1/wp-admin/includes/list-table.php
wordpress_4.1/wp-includes/SimplePie/Source.php
wordpress_4.1/wp-includes/js/admin-bar.min.js
wordpress_4.1/wp-includes/js/thickbox/thickbox.js
wordpress_4.1/wp-admin/js/customize-controls.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/header.php

wordpress_4.1/wp-content/themes/twentyfifteen/js/html5.js
wordpress_4.1/wp-includes/class.wp-scripts.php
wordpress_4.1/wp-includes/js/customize-base.js
wordpress_4.1/wp-admin/network/admin.php
wordpress_4.1/wp-admin/js/media-gallery.min.js
wordpress_4.1/wp-content/themes/twentyfourteen/taxonomy-post_format.php
wordpress_4.1/wp-admin/includes/ajax-actions.php
wordpress_4.1/wp-admin/includes/ms.php
wordpress_4.1/wp-includes/version.php
wordpress_4.1/wp-content/themes/twentyfifteen/inc/customizer.php
wordpress_4.1/wp-admin/js/common.js
wordpress_4.1/wp-admin/includes/class-wp-filesystem-base.php
wordpress_4.1/wp-includes/js/wp-auth-check.min.js
wordpress_4.1/wp-admin/ms-users.php
wordpress_4.1/wp-includes/link-template.php
wordpress_4.1/wp-includes/js/jquery/jquery.js
wordpress_4.1/wp-admin/includes/bookmark.php
wordpress_4.1/wp-includes/template.php
wordpress_4.1/wp-includes/class-wp.php
wordpress_4.1/wp-admin/js/editor-expand.min.js
wordpress_4.1/wp-content/themes/twentyfifteen/inc/custom-header.php
wordpress_4.1/wp-content/themes/twentyfifteen/author-bio.php
wordpress_4.1/wp-includes/SimplePie/Category.php
wordpress_4.1/wp-includes/session.php
wordpress_4.1/wp-includes/class-wp-image-editor.php
wordpress_4.1/wp-includes/js/jquery/ui/tabs.min.js
wordpress_4.1/wp-includes/js/swfupload/handlers.min.js
wordpress_4.1/wp-admin/network/plugin-editor.php
wordpress_4.1/wp-includes/js/tinymce/tinymce.min.js
wordpress_4.1/wp-includes/SimplePie/Cache/DB.php
wordpress_4.1/wp-admin/includes/class-wp-media-list-table.php
wordpress_4.1/wp-content/themes/twentyfourteen/page-templates/full-width.php
wordpress_4.1/wp-includes/js/swfobject.js
wordpress_4.1/wp-admin/includes/class-pclzip.php
wordpress_4.1/xmlrpc.php
wordpress_4.1/wp-admin/network/user-edit.php
wordpress_4.1/wp-includes/js/imgareaselect/jquery.imgareaselect.min.js
wordpress_4.1/wp-includes/js/customize-loader.js
wordpress_4.1/wp-content/themes/twentyfourteen/footer.php
wordpress_4.1/wp-includes/class-wp-ajax-response.php
wordpress_4.1/wp-admin/themes.php
wordpress_4.1/wp-includes/class-smtp.php
wordpress_4.1/wp-includes/SimplePie/Parse/Date.php

wordpress_4.1/wp-includes/update.php

wordpress_4.1/wp-content/themes/twentythirteen/sidebar-main.php

wordpress_4.1/wp-admin/js/tags.min.js

wordpress_4.1/wp-admin/js/media-upload.js

wordpress_4.1/wp-content/themes/twentyfifteen/footer.php

wordpress_4.1/wp-admin/includes/image-edit.php

wordpress_4.1/wp-content/themes/twentyfourteen/category.php

wordpress_4.1/wp-includes/SimplePie/Item.php

**File**

bivi-source/wri-bivi-marketing/ShippingZClasses.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.fancybox-1.3.4.js

bivi-source/wri-bivi-marketing/ShippingZMagento.php

bivi-source/wri-bivi-marketing/ShippingZMagento_Test_Api.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/default/js/cloud-zoom.1.0.2.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/controllers/TestController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyimg.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyoptions.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Relate.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addcategory.php

bivi-source/wri-bivi-marketing/ShippingZSimulator.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Products/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifyprice.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Helper/Block.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/ProductObserver.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Model/Feed.php

bivi-source/wri-bivi-marketing/ShippingZSettings.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Abstract.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Scope.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Copyattr.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Unrelate.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Removeimg.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/System/Config/Switcher.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Filter/Store.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Block/Extensions.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.easing-1.3.pack.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Changeattributeset.php

bivi-source/wri-bivi-marketing/ShippingZMessages.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Products.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Model/Source/Updates/Type.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Delete.php

bivi-source/wri-bivi-marketing/app/code/local/CommerceExtensions/Productimportexport/data/productimportexport_setup/data-upgrade-0.1.0-0.2.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Entities.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Tab/Categories.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.fancybox-1.3.4.pack.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/sql/amrolepermissions_setup/mysql4-install-1.0.0.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Source/Commands.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/RoleController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Observer.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/controllers/Adminhtml/IndexController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Attribute/Source/Admins.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addprice.php

bivi-source/wri-bivi-marketing/app/code/local/Aschroder/SMTPPro/controllers/LogController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/ProductsController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addspecial.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Category/Tree.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Source/Direction.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/RuleController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Base/app/code/local/Amasty/Base/Helper/Data.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/controllers/Adminhtml/CategoriesController.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Addspecialbycost.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifycost.php
bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Modifyspecial.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Block/Adminhtml/Product/Edit/Tab/Categories.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimport.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Replacecategory.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Removecategory.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Block/Adminhtml/Catalog/Product/Grid.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Uncrosssell.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Upsell.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Unupsell.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Model/Command/Crosssell.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Resource/Rule.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.8-0.2.9.php

bivi-source/wri-bivi-marketing/skin/frontend/indigo/mycustom/VS/js/fancybox/jquery.mousewheel-3.0.4.pack.js

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/Model/Resource/Rule/Collection.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.0-0.2.1.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Rolepermissions/sql/amrolepermissions_setup/mysql4-upgrade-1.0.0-1.0.1.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Group.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Grid/Column/Renderer/Inline.php

bivi-source/wri-bivi-marketing/app/code/local/Amasty/Paction/Helper/Data.php

ceva-source/wri-ceva-marketing/app/code/local/My/Carriers/Model/Carrier.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.3-0.2.4.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.1-0.2.2.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.2-0.2.3.php

bivi-source/wri-bivi-marketing/app/code/local/My/MaximumOrderedQuantity/sql/maximumorderedquantity_setup/mysql4-upgrade-0.2.9-0.3.0.php

ceva-source/wri-ceva-marketing/index.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Parser/Productexport.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/controllers/Catalog/ProductController.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/Block/Sales/Order/Create/Search/Grid.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Block/System/Convert/Gui/Edit/Tab/View.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Shopby/Model/Observer.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/controllers/System/Convert/GuiController.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Profile.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/Block/Catalog/Product/Grid.php

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/script.js

ceva-source/wri-ceva-marketing/skin/frontend/indigo/mycustom/js/cloud-zoom.1.0.2.js

ceva-source/wri-ceva-marketing/app/code/core/Mage/Catalog/Helper/Product/View.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Block/Adminhtml/Rule/Edit/Tab/Productaccess.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Sales/Model/Resource/Report/Order/Createdat.php

ceva-source/wri-ceva-marketing/app/code/local/CommerceExtensions/Productimportexport/Model/Convert/Adapter/Productimporttierpricesonly.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Sales/Block/Adminhtml/Report/Filter/Form.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Model/Mysql4/Quantity.php

ceva-source/wri-ceva-marketing/app/code/local/Amasty/Groupcat/Model/ObserverPrice.php

ceva-source/wri-ceva-marketing/app/Mage.php

ceva-source/wri-ceva-marketing/app/code/local/Aschroder/SMTPPro/Block/Adminhtml/Test.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/Block/Sales/Order/Grid.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Customer/Block/Account/Dashboard/Address.php

ceva-source/wri-ceva-marketing/app/code/local/Meigee/ThemeOptionsIndigo/Block/Adminhtml/System/Config/Form/Field/Font.php

ceva-source/wri-ceva-marketing/app/code/local/My/MaximumOrderedQuantity/Block/Adminhtml/Quantities/Grid.php

ceva-source/wri-ceva-marketing/app/code/core/Mage/Adminhtml/controllers/Catalog/Product/Action/AttributeController.php