

SPECIAL MASTER UPDATE

ECIMOS, LLC V. CARRIER CORPORATION

2:15-CV-02726-JPM-CGC

# NEW RUN TEST SOLUTIONS

- Review Process
- Carrier's development process
- Bloomy Project
- PVI Project
- Current development
- RES Stations

# MATERIALS FROM CARRIER

- Project outlines
- Training materials
- Third-party developer screening information
- Interviews with Carrier personnel and third-party developers
- Development logs
- Design documents
- Emails
- Database files
- Developed software



# REVIEW PROCESS

- Conducted visit to Carrier Collierville plant
  - Examine hardware at Collierville plant
  - Examine software in use at Collierville plant
  - Reviewed operation of units and test hardware
  - Demonstrations of RES, Bloomy, and PVI software
  - Interview Carrier personnel





# CARRIER POLICY AND TRAINING





# THIRD NEW RUN TEST SOLUTION

- Possible developer is DS Automation
- Carrier is currently screening
  - Screening individual developers along with company

# ISSUES RAISED

- Implementation process
  - Consider adding external consultants to coordination team (monitor)
  - Consider adding more technical members to coordination team (monitor)
  - Screen individual developers on design team

# ISSUES RAISED

- Use of RES software
  - Database interface - generic communication protocols vs. specific table information
  - Recommend start database design without RES software



# RES STATION COUNT

Data from RES database

| Month | Total |
|-------|-------|
| Jul-18 | 75 |
| Aug-18 | 75 |
| Sep-18 | 54 |
| Oct-18 | 56 |
| Nov-18 | 56 |
| Dec-18 | 67 |
| Jan-19 | 61 |
| Feb-19 | 61 |
| Mar-19 | 60 |